

1  LAW OFFICES OF
   Briant W. Humphrey - Pro Se
2  20 wild LiLac Lane
3  Rancho Santa Mazgarito, CA 92688

4

5  Attorneys for

6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  In re                          )  Case No. 8:10-24282-ES
        Briant Wendal Humphrey     )
12                                 )
                                   )
13                                 )  Chapter: 7
        Debtor(s).                 )
14  _____ )
                                   )  Adv. No.
15  Briant Wendal Humphrey         )
                                   )
16                                 )  Complaint: FRAUD - OF 523(a)(2)
                                   )            Actual Fraud.
17        Plaintiff(s),            )
                                   )
18  vs.                            )
    Deutsche Bank National Trust   )
19  Company as Trustee of the Indymac )
    Indx Mortgage Pass through Certificates )
20  series 2007 AR-13 Dated May 1, 2007 )
               Defendant(s).       )
21  Burnett & Matthews LLP,        )
    MTDS Inc, et al

22

23

24

25

26

27

28

/1/24/01

1
2
3
4

Humphrey has made 9 attempts to One West Bank to produce all documents pertaining to his residence at 20 Wild Lilac Lane Rancho Santa Margarita, CA 92688. These requests were sent beginning in July 2009 to the Defendant IndyMac Bank/ One West Bank. Despite these attempts Humphrey has not been provided the requested documents nor has received a courtesy of a reply. Humphrey in a formal QWR letter requested the original note& deed of trust along with the assignments and transfers that have been recorded on his residence.

5
6
7
8
9
10
11
12
13
14

Humphrey also contends these documents are vital to his adversary hearing and thus the lack of production of documents by One West Bank and the repeated requests to produce should be accountable to validate the loan, validate the authority to foreclose on Humphrey's residence, and validation of true ownership of the Note and Deed of Trust. Humphrey contends that the Assignment document provided as exhibit D in the Bankruptcy papers is a false document with no recording on the document. Document exhibit D is an assignment of Deed of Trust in favor of Deutsche Bank National Trust when in fact the document instrument is clearly a document that is a Deed of trust. Furthermore the lack of assignments or transfers of the Note and Deed of Trust within the loan pooling and servicing agreement violates the REMIC and statue of the transfer of a invalid loan to a securtization loan pool or trust. Secondly, with the invalid transfers or assignments the Note and Deed of Trust become unenforceable and invalid. Thirdly, Signatures of acting vice presidents of the Exhibit D Assignment of Deed of Trust document are signed by Brian Burnett as Asst Vice President of MERS as Nominee for IndyMac Bank, Brian Burnett is also a signatory for 19 other banks as acting Asst Vice President or Secretary. Since no recording information exists on the Exhibit D document it is clear that the document is a forgery and disqualifies the document as a invalid Transfer on behalf of Deutsche Bank and MERS.

15
16
17

Fourth, Documents provided by Deutsche Bank National Trust and IndyMac Bank dated 12/14,2009 and 12/29/2009 are signed by a known robo signor Erica A. Johnson-Seck whom was deposed in 2009 and 2010 has testifed she had no knowledge of the papers she signed on behalf of IndyMac Bank.

18
19
20

It is also admitted  by Ms. Johnson-Seck that all Witness's and Notaries were never present when she executed her signature on the documents. These admissions are stated in Ms. Johnson-Seck's depositions in 2009 and 2010. Attached documents of Erica Johnson Seck deposition transcripts and Exhibit D filing in Humphrey Bankruptcy case document image.

21
22
23
24
25
26
27
28

5/16/2011

RECORDING REQUESTED BY:

LFS Default Title & Closing
When Recorded Mail Document To:

OneWest Bank, FSB
Attn: Foreclosure Dept.
888 East Walnut Street
Pasadena, CA 91101

_____

Space above line for Recorder's use only.

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR13 UNDER THE POOLING AND SERVICING AGREEMENT DATED MAY 1, 2007all beneficial interest under that certain Deed of Trust dated 4/18/07, executed by BRIANT W. HUMPHREY AND KHANH DONHA DOAN, as Trustor, to FIRST AMERICAN TITLE INSURANCE CO., as Trustee, and Recorded on 4/20/07 as Instrument No. 2007000257263 of Official Records in the County Recorder's office of ORANGE County, California, describing land therein as: SITUS: 20 WILD LILAC LANE, SANTA MARGARITA AREA, CA 92688. LEGAL DESCRIPTION AS MORE FULLY DESCRIBED ON SAID DEED OF TRUST

Together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated:    OCT 2 5 2010

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. AS NOMINEE FOR INDYMAC
BANK, F.S.B.

By: _____

Brian Burnett
Assistant Vice President

Exhibit D

# FINANCIAL TITLE COMPANY - LA

**Recording Requested By:**

INDYMAC BANK, F.S.B., C/O DOCUMENT MANAGEMENT
*[Company Name]*

**And When Recorded Mail To:**

INDYMAC BANK, F.S.B., C/O DOCUMENT MANAGEMENT
*[Company Name]*

*[Name of Natural Person]*
BLDG B, 901 E 104TH ST, SUITE 400/500

*[Street Address]*
KANSAS CITY, MO 64131

*[City, State  Zip Code]*

Recorded in Official Records, Orange County

Tom Daly, Clerk-Recorder

72.00

**2007000257263 03:59pm 04/20/07**

108 73 D11 23

0.00 0.00 0.00 0.00 0.00 66.00 0.00 0.00 0.00

039834    *[Space Above This Line For Recording Data]*

# DEED OF TRUST

MIN: 100055401259838540

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A)    "**Security Instrument**" means this document, which is dated    April 18, 2007    , together with all Riders to this document.

(B)    "**Borrower**" is    BRIANT W HUMPHREY AN UNMARRIED MAN AS TO 50 PERCENT INTEREST AND KHANH DONHA DOAN AS TO 50 PERCENT   INTEREST ALL AS TENANTS

.  Borrower is the trustor under this Security Instrument.

(C)    "**Lender**" is    INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED SAVINGS BANK

Lender is a    Federal Savings Bank    organized and existing under the laws of
United States of America    .  Lender's address is    155 NORTH LAKE
AVENUE, PASADENA, CA 91101    .

(D)    "**Trustee**" is    FIRST AMERICAN TITLE INSURANCE CO.

(E)    "**MERS**" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the beneficiary under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

Loan No: 125983854

California Deed of Trust-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    MERS Modified Form 3005 01/01
—THE COMPLIANCE SOURCE, INC.—    Page 1 of 13    1430CA 08/00
www.compliancesource.com    © 2000, The Compliance Source, Inc.

Description: Orange,CA Document-Year.DocID 2007.257263 Page 1 of 23 Only
Order: 36547 Comment:

IN WITNESS WHEREOF, Deutsche Bank National Trust Company, as Trustee has caused its corporate seal to be hereto affixed and these presents to be signed and acknowledged in its name and behalf by a duly elected and authorized signatory this 14th day of December, 2009.

Deutsche Bank National Trust Company,
as Trustee

By: _____
Name: Ronaldo Reyes
Title:  Vice President

Acknowledged and Agreed
One West Bank, FSB as successor to Indymac Bank, F.S.B.

By: _____
Name:  Erica A. Johnson-Seck
Title:  Vice President

State of California      )
                         ) ss:
County of Orange         )

On December 14, 2009, before me, Tiffany Yuan, a Notary Public in and for said state, personally appeared Ronaldo Reyes of Deutsche Bank National Trust Company, as Trustee for the Trusts on Exhibit A, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
(SEAL)

_____
Notary Public, State of California

4

---

State of   Texas    )
                    ) ss:
County of  Travis   )

On the 27TH day of DEC , in the year 2009, before me , the undersigned, a Notary Public in and for said State, personally appeared  Erica A. Johnson-Seck , personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the within instrument.

IN WITNESS THEREOF, I have hereunto set my hand and affixed by official seal the day and year in this certificate first above written.

_____
Notary Public, State of   Texas

TROY STEPHAN LAZZARA
Notary Public, State of Texas
My Commission Expires
May 19, 2010

5

| # | Name | Date | # | Name | Date |
|---|------|------|---|------|------|
| 647 | INDX 2005-AR21 | 31-Oct-2005 | 6011 | INDX 2006-AR29 | 28-Sep-2006 |
| 548 | INDX 2005-AR29 | 30-Nov-2005 | 6012 | INDX 2006-FLX1 | 28-Sep-2006 |
| 649 | INDX 2005-AR31 | 29-Nov-2005 | 6013 | RAST 2006-A15 | 28-Nov-2006 |
| 650 | INDA 2005-AR2 | 29-Nov-2005 | 6014 | INDX 2006-AR35 | 29-Nov-2006 |
| 651 | INABS 2006-A | 9-Feb-2006 | 6015 | INDX 2006-AR33 | 29-Nov-2006 |
| 652 | RAST 2006-A1 | 27-Feb-2006 | | | |
| 653 | INABS 2005-D | 30-Dec-2005 | 6018 | INABS 2006-E | 8-Dec-2006 |
| 654 | LOTI LOANS 2005-L3 | 16-Dec-2005 | 6019 | LOTI LOAN 2006-L4 | 21-Dec-2006 |
| 655 | INDX 2005-AR33 | 29-Dec-2005 | 6020 | INDX 2006-AR39 | 28-Dec-2006 |
| 656 | RAST 2005 A15 | 19-Dec-2005 | 6021 | INDX 2006-AR37 | 28-Dec-2006 |
| 657 | RAST 2005 A16 | 29-Dec-2005 | 6022 | RAST 2006-A16 | 28-Dec-2006 |
| 658 | INDX 2005-AR35 | 29-Dec-2005 | 6027 | INDX 2006-AR4 | 28-Dec-2006 |
| 659 | INDX 2006-AR2 | 28-Feb-2006 | 6027 | INDA 2007-A81 | 30-Jan-2007 |
| 660 | INDX 2006-AR3 | 28-Feb-2006 | 6028 | RAST 2007-A1 | 30-Jan-2007 |
| 661 | INABS 2006-B | 14-Mar-2006 | 6029 | INDX 2007-FLX1 | 31-Jan-2007 |
| 662 | Lot Loans 2006-L1 | 17-Mar-2006 | | | |
| 663 | RAST 2006-A2 | 30-Mar-2006 | 6032 | INDX 2007-AR1 | 27-Feb-2007 |
| 664 | RAST 2006-A4 | 30-Mar-2006 | 6033 | INDX 2007-FLX2 | 28-Feb-2007 |
| 665 | INDX 2006-A8 | 31-Mar-2006 | 6034 | RAST 2007-A2 | 27-Feb-2007 |
| 666 | INDX 2006-A85 | 30-Mar-2006 | 6035 | RAST 2007-A3 | 27-Feb-2007 |
| 667 | INDX 2006-AR7 | 30-Mar-2006 | 6031 | INABS 2007-A | 13-Mar-2007 |
| 668 | RAST 2006-AXCB | 30-Mar-2006 | 6024 | INDX 2007-2 | 22-Mar-2007 |
| 669 | INDX 2006-AR9 | 27-Apr-2006 | 6037 | RAST 2007-L1 | 27-Mar-2007 |
| 670 | INDX 2006-A3 | 27-Apr-2006 | 6040 | RAST 2007-A5 | 29-Mar-2007 |
| 671 | INDX 2006-L | 27-Apr-2006 | 6038 | INDX 2007-AR5 | 29-Mar-2007 |
| 672 | INDX 2006-AR6 | 28-Apr-2006 | 6044 | INDX 2007-AR7 | 27-Apr-2007 |
| 673 | INDX 2006-AR11 | 27-Apr-2006 | 6045 | INDX 2007-AR9 | 27-Apr-2007 |
| 674 | INDX 2006-AR13 | 30-May-2006 | 6046 | INDX 2007-AR11 | 27-Apr-2007 |
| 675 | RAST 2006-A6 | 30-May-2006 | 6042 | INDA 2007-AR2 | 27-Apr-2007 |
| 676 | INDX 2006-AR8 | 31-May-2006 | 6043 | INDX 2007-FLX3 | 30-Apr-2007 |
| 677 | INABS 2006-C | 15-Jun-2006 | 6047 | RAST 2007-A6 | 30-Apr-2007 |
| 678 | INDX 2006-L2 | 15-Jun-2006 | 6048 | IMSC 2007-T1 | 25-May-2007 |
| 679 | INABS 2006-D | 22-May-2006 | 6049 | INDX 2007-AR21 | 30-May-2007 |
| 680 | INDX 2006-AR15 | 30-May-2006 | 6050 | INDA 2007-AR7 | 30-May-2007 |
| 681 | RAST 2006-A7 CB | 30-May-2006 | 6051 | INDX 2007-AR13 | 30-May-2007 |
| 682 | INABS 2006-D | 13-Sep-2006 | 6052 | RAST 2007-A7 | 30-May-2007 |
| 684 | RAST 2006-A8 | 28-Jun-2006 | 6053 | INABS 2007-B | 12-Jun-2007 |
| 685 | INDX 2006-AR21 | 28-Jun-2006 | 6056 | INDA 2007-AR4 | 27-Jun-2007 |
| 686 | INDA 2006-AR1 | 29-Jun-2006 | 6057 | INDX 2007-FLX5 | 27-Jun-2007 |
| | | | 6064 | INDX 2007-AR17 | 27-Jun-2007 |
| 688 | INDX 2006-AR19 | 29-Jun-2006 | 6060 | INDX 2007-AR15 | 28-Jun-2007 |
| 690 | INDB 2006-1 | 26-Jun-2006 | 6061 | IMSC 2007-AR1 | 28-Jun-2007 |
| 693 | RAST 2006-AXCB | 27-Jul-2006 | 6062 | IMSC 2007-F2 | 28-Jun-2007 |
| 694 | INDX 2006-A10 | 27-Jul-2006 | 6063 | IMJA 2007-A1 | 28-Jun-2007 |
| 695 | INDX 2006-AR23 | 28-Jul-2006 | 6058 | RAST 2007-A8 | 29-Jun-2007 |
| 696 | INDX 2006-AR12 | 25-Jul-2006 | 6059 | IMSC 2007-HOA1 | 29-Jun-2007 |
| 697 | INDX 2006-AR25 | 28-Jul-2006 | 6066 | RAST 2007-A9 | 26-Jul-2007 |
| 698 | RAST 2006-A11 | 28-Aug-2006 | 6067 | IMSC 2007-AR2 | 30-Jul-2007 |
| 699 | INDA 2006-AR2 | 30-Aug-2006 | 6068 | INDA 2007-AR5 | 30-Jul-2007 |
| 6001 | INDX 2006-AR27 | 30-Aug-2006 | 6068 | INDX 2007-FLX6 | 30-Jul-2007 |
| 6002 | LOTI LOAN 2006-L3 | 25-Sep-2006 | 6069 | INDX 2007-AR19 | 30-Jul-2007 |
| 6003 | RAST 2006-A12 | 27-Sep-2006 | 6070 | INDA 2007-AR6 | 30-Aug-2007 |
| 6004 | 2NDX 2006-AR31 | 27-Sep-2006 | 6071 | IMSC 2007-F3 | 30-Aug-2007 |
| 6005 | RAST 2006-A13 | 27-Oct-2006 | 6072 | IMJA 2007-A2 | 30-Aug-2007 |
| 6006 | INDA 2006-A3 | 30-Oct-2006 | 6073 | IMJA 2007-A3 | 25-Sep-2007 |
| 6007 | RAST 2006-A14 CB | 31-Oct-2006 | 6075 | INDX 2007-AR27 | 25-Sep-2007 |
| 6008 | INDX 2006-AR14 | 31-Oct-2006 | 6054 | INDX 2007-AR21IP | 05-Nov-2007 |

**BRIAN BURNETT**

Brian Burnett has signed mortgage documents using the job titles listed below during the approximate same period of time.  All of these were notarized in Travis County, Texas, where IndyMac Mortgage Services is located. IndyMac Mortgage Services is now a division of One West Bank.

A certified signer for Mortgage Electronic Registration systems, Inc. was authorized to sign on behalf of the affiliated mortgage entity that employed him.  Burnett, for example, would have been authorized to sign as an officer of MERS, as nominee for IndyMac Bank.

MERS signers were never authorized to sign on behalf of all other lenders.

Assistant Vice President, Mortgage Electronic Registration Systems, Inc. as Nominee for Acoustic Home Loans;

Assistant Vice President, Mortgage Electronic Registration Systems, Inc. as Nominee for Aegis Wholesale Corporation;

Assistant Vice President, Mortgage Electronic Registration Systems, Inc. as Nominee for American Brokers Conduit;

Assistant Vice President, Mortgage Electronic Registration Systems, Inc. as Nominee for Beach First National Bank;

Assistant Vice President, Mortgage Electronic Registration Systems, Inc. as Nominee for Credit Suisse Financial Corporation;

Assistant Vice President, Mortgage Electronic Registration Systems, Inc. as Nominee for CTX Mortgage Company, LLC;

Assistant Secretary, Mortgage Electronic Registration Systems, Inc. as Nominee for DHI Mortgage Company, LTD.;

Assistant Vice President, Mortgage Electronic Registration Systems, Inc. as Nominee for Express Capital Lending;

Authorized Signatory, Mortgage Electronic Registration Systems, Inc. as Nominee for Finasure Home Loans, LLC;

Assistant Secretary, Mortgage Electronic Registration Systems, Inc. as Nominee for First Magnus Financial Corporation;

Assistant Vice President, Mortgage Electronic Registration Systems, Inc. as Nominee for First Meridian Mortgage;

Assistant Vice President, Mortgage Electronic Registration Systems, Inc. as Nominee for Flick Mortgage Investors, Inc.;

Assistant Vice President, Mortgage Electronic Registration Systems, Inc. as Nominee for Home Loan Center, Inc. DBA LendingTree Loans;

Assistant Vice President, Mortgage Electronic Registration Systems, Inc. as Nominee for Impac Funding Corporation DBA Impac Lending Group;

Assistant Vice President, Mortgage Electronic Registration Systems, Inc. as Nominee for IndyMac Bank, FSB;

Assistant Secretary, Mortgage Electronic Registration Systems, Inc. as Nominee for LoanCity;

Assistant Secretary, Mortgage Electronic Registration Systems, Inc. as Nominee for MortgageIt, Inc.;

Assistant Vice President, Mortgage Electronic Registration Systems, Inc. as Nominee for Net Bank, a Federal Savings Bank;

Assistant Vice President, Mortgage Electronic Registration Systems, Inc. as Nominee for New American Funding, a California Corporation;

Authorized Signatory, OneWest Bank, FSB;

Assistant Vice President, Mortgage Electronic Registration Systems, Inc. as Nominee for Opteum Financial Services, LLC;

Assistant Secretary, Mortgage Electronic Registration Systems, Inc. as Nominee for Quicken Loans, Inc.;

Assistant Secretary, Mortgage Electronic Registration Systems, Inc. as Nominee for Sloan Mortgage Group, Inc.;

Assistant Vice President, Mortgage Electronic Registration Systems, Inc. acting solely as Nominee for Taylor, Bean & Whitaker;

Assistant Vice President, Mortgage Electronic Registration Systems, Inc. acting solely as Nominee for TM Capital, Inc. dba Fedfirst Mortgage Corporation;

Assistant Vice President, Mortgage Electronic Registration Systems, Inc. as Nominee for UBS AG.

JOSEPH E. SMITH, CLERK OF THE CIRCUIT COURT - SAINT LUCIE COUNTY
FILE # 3493457  OR BOOK 3212  PAGE 2466, Recorded 07/14/2010 at 02:46 PM

This Instrument Prepared By
And Returned To:
Daniel C. Consuegra, Esquire
9204 King Palm Drive
Tampa, FL 33619-1328

OWB-OneWestBank,FSB v. Bissessar, Siew

File No.: 57970
Loan No.: 3001524150

## ASSIGNMENT OF MORTGAGE

COMES NOW, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY AS

NOMINEE FOR ACOUSTIC HOME LOANS, LLC(hereinafter assignor), and further in consideration of the sum of ten

dollars ($10.00) and other good and valuable consideration to it in hand paid by INDYMAC FEDERAL BANK, FSB

(hereinafter assignee), prior to January 25, 2010, the receipt of which is hereby acknowledged, assignor has granted,

bargained, sold assigned, transferred and set over, and by these presents does grant, bargain, sell, assign, transfer and set

over unto the said assignee that certain indenture of mortgage bearing the date August 15, 2005, and made by SIEW

BISSESSAR, and recorded in Book 2339, Page 1888, in the public records of St. Lucie County, FLORIDA, upon

the following described piece or parcel of land situate and being in St. Lucie County, FLORIDA, to wit:

LOTS 6 AND 7, BLOCK 1859, PORT ST. LUCIE SECTION SEVEN, ACCORDING TO THE PLAT
THEREOF, RECORDED IN PLAT BOOK 12, PAGE(S) 37A THROUGH 37F, OF THE PUBLIC RECORDS
OF ST. LUCIE COUNTY, FLORIDA.

Together with the note or obligation described in said mortgage, and the money due and to become due

thereon, with interest as provided in the said note or obligation for the mortgage herein described.

This assignment is without recourse and that the interest assigned herein is done so without recourse to

the assignor and on an "as is" basis.

TO HAVE AND TO HOLD the same unto the assignee, INDYMAC FEDERAL BANK, FSB, and assigns

forever.

IN WITNESS WHEREOF, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING

SOLELY AS NOMINEE FOR ACOUSTIC HOME LOANS, LLC, has hereunto set its hand and seal this

OR BOOK 3212 PAGE 2467

_10_ day of ___june___, 2010.

Signed, sealed and delivered
in the presence of:

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., ACTING SOLELY AS NOMINEE
FOR ACOUSTIC HOME LOANS, LLC

By: _____

_____
Witness signature

Brian Burnett
Name of officer printed or typed

_Patrick Talbert_
Name printed or typed

Assistant Vice President
Title of officer

_____
Witness signature

Anne Mwangi
Name printed or typed

STATE OF ___Texas___

COUNTY OF ___Travis___

The foregoing instrument was acknowledged before me this _10_ day of ___june___, 2010 by
Brian Burnett, (name of officer) aka Produce (title of officer) MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., ACTING SOLELY AS NOMINEE FOR ACOUSTIC HOME LOANS, LLC.
He/she is personally known to me and did take an oath.

MAI LA THAO
Notary Public, State of Texas
My Commission Expires
June 18, 2011

_____
Notary Signature

Mai Thao
Notary name printed or typed

MY COMMISSION EXPIRES:

OWB-OneWestBank,FSB v. Bissessar, Siew

*Record and Return to:*

*Gilbert McGrotty Group*
*3200 Henderson Blvd, Ste 160*
*Tampa, FL 33609*

Record and Return:
This instrument prepared by:
ONEWEST BANK, FSB
888 E. WALNUT STREET, 4TH FLOOR
PASADENA, CA 91101
OWB-305
LOAN: 3001539620

CFN 20100056984
OR BK 23692 PG 0710
RECORDED 02/12/2010 09:18:17
Palm Beach County, Florida
Sharon R. Bock,CLERK & COMPTROLLER
Pg 0710; (1pg)

ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS:

That MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ARGIS WHOLESALE CORPORATION, a corporation existing under the laws of the State of Delaware, whose post office address is , of the first part, in consideration of the sum of Ten Dollars ($10.00) and other good and valuable considerations, received from or on behalf of ONEWEST BANK, FSB, successor in interest to INDYMAC BANK, FSB, whose post office address is 888 E. WALNUT STREET, PASADENA, CA 91101 party of the second part, at or before the ensealing and delivery of these presents, the receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto the said party of the second part a certain mortgage bearing date the NOVEMBER 10, 2005, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ARGIS WHOLESALE CORPORATION, executed by FLORENCE BARRETT , A SINGLE WOMAN and recorded in Official Records Book 19595, at Page 369, of the public records of PALM BEACH county, Florida, upon the following described piece or parcel of land, situate and being in said county and State, to-wit: UNIT 829D, PINEAPPLE GROVE CONDOMINIUM OF NORTH PALM BEACH, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN O.R. BOOK 19217, PAGE 0624, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.

Together with the note(s) or obligation(s) described in said mortgage, and the moneys due and to become due thereon with the interest.

TO HAVE AND TO HOLD the same unto the said party of the second part, heirs, legal representatives, successors and assigns forever.

IN WITNESS WHEREOF, the party of the first party has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers thereunto duly authorized the __ day of ____, A.D. 2010 .

ATTEST:
Print name: Charmaine Williams
Title: Assistant Vice President

CORPORATE SEAL

Print name: Brian Burnett
Title: Assistant VICE PRESIDENT
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
AS NOMINEE FOR ARGIS WHOLESALE CORPORATION

STATE OF __Texas__
COUNTY OF __Travis__ SS:

THE FOREGOING INSTRUMENT was acknowledged before me this 28 day of Jan 2010 , by Charmaine Williams and Brian Burnett , of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ARGIS WHOLESALE CORPORATION, a ____ Corporation, on behalf of the corporation. They are personally known to me or who have produced ____ as identification and who did (did not) take an oath.

Notary Public

ALEX MCBRIDE
Notary Public State of Texas
My Commission Expires
November 10, 2010

My Commission Expires: 11-10-10

1

Prepared by: Robert S. Kahane, Esq.
Record & Return to
Kahane & Associates, P.A.
8201 Peters Road, Ste.3000
Plantation, FL 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380
Loan No.: 3001996846

RECORDED FIRST

CFN 20100123522
OR BK 23775 PG 1918
RECORDED 04/02/2010 16:32:52
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pg 1918; (1pg)

## ASSIGNMENT OF MORTGAGE

*KNOW ALL MEN BY THESE PRESENTS:*

*THAT* MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FIRST MERIDIAN MORTGAGE

Residing or located at 1818 LIBRARY STREET, SUITE 300, RESTON, VA 20190 herein designated as the assignor, for and in consideration of the sum of $1.00 Dollar and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto INDYMAC BANK, F.S.B. residing or located at 888 E. WALNUT STREET PASADENA, CA 91101 herein designated as the assignee, the mortgage executed by BRIAN GREENWALD, recorded in PALM BEACH County, Florida, at Book 19919, and Page 1147, encumbering the property more particularly described as follows:

> LOTS 21 AND 22, BLOCK 61, OF THE PALM BEACH FARMS COMPANY PLAT NO. 2 LUCERNE TOWNSITE NKA LAKE WORTH, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 2, PAGE 29, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.

together with the note and each and every other obligation described in said mortgage and the money due and to become due thereon

This Assignment is effective on or before July 19, 2008

TO HAVE AND TO HOLD the same unto the said assignee, its successors and assigns forever, but without recourse on the undersigned.

*In Witness Whereof,* the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed this 11 day of Mar , 2010

Signed in the presence of:

ATTEST: _____
Chessigne Williams
Assistant Vice President

WITNESS: _____

Print Name: Troy Lazzara

WITNESS: _____

Print Name: Jonathan Goulish

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FIRST MERIDIAN MORTGAGE

PRINT NAME: Brian Burnett

TITLE: Assistant Vice President

STATE OF Texas
COUNTY OF Tarrant

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid county and state, on this the 11 day of Mar , 2010, within my jurisdiction, the within named Brian Burnett , who acknowledged to me that (s)he is Assistant Vice President and that for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FIRST MERIDIAN MORTGAGE and as its act and deed (s)he executed the above and foregoing instrument, after first having been duly authorized by MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FIRST MERIDIAN MORTGAGE to do so.

WITNESS my hand and official seal in the County and State last aforesaid this 11 day of Mar , 2010

_____
NOTARY PUBLIC

Jane Elizabeth Ramsey
Notary Public,
State of Texas
Comm. Exp. 12-15-13

OWB09-02397

CFN 20100168645
OR BK 23833 PG 0565
RECORDED 05/06/2010 13:39:46
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0565 - 566; (2pgs)

Prepared by and Return to:
Morris Hardwick Schneider/Citi Residential Lending Inc.
5110 Eisenhower Boulevard, Suite 103
Tampa, Florida 33634
FL-97000831-10

## Assignment of Mortgage

Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. AS NOMINEE FOR EXPRESS CAPITAL LENDING

Assignee: ONEWEST BANK, FSB AS SUCCESSOR IN INTEREST TO INDYMAC FEDERAL BANK, FSB AS SUCCESSOR IN INTREST TO INDYMAC BANK, FSB

For Valuable Consideration the receipt of which is hereby acknowledged, the Assignor hereby assigns and transfers the following described Mortgage unto the Assignee:

Mortgage from THEODORA MAXAKOULIS to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. AS NOMINEE FOR EXPRESS CAPITAL LENDING dated April 6, 2006 recorded among the Land Records of Palm Beach County, Florida in Book 20195, Page 0111 in the original principle amount of $833,000.00.

Property Address: 7601 NE 7TH TERRACE AKA 7601 NE MORNINGSIDE DRIVE, BOCA RATON, FL 33487

Witness this ___16___ day of ___April___ 2010

By: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. AS NOMINEE FOR EXPRESS CAPITAL LENDING

Title: __Brian Burnett__

Assistant Vice President

State: __Texas__
County: __Travis__

On this ___16___ day of ___April___, 2010 before me, __Anna Ramsey__, Notary Public personally appeared __Brian Burnett__, who proved to me on the bases of satisfactory

This is an attempt to collect a debt and any information obtained may be used for that purpose

File No.: FL-97000831-10          1          FL-97000831-10

CFN 20100217575
OR BK 23898 PG 0227
RECORDED 05/11/2010 15:38:15
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pg 0227; (1pg)

Prepared by: Robert S. Kahane, Esq.
Record & Return to
Kahane & Associates, P.A.
8201 Peters Road, Ste.3000
Plantation, FL 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380
Loan No.: 1006837122
RECORD FIRST

## ASSIGNMENT OF MORTGAGE

*KNOW ALL MEN BY THESE PRESENTS:*

THAT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR FLICK MORTGAGE INVESTORS, INC.

Residing or located at 1818 Library Street, Suite 300, Reston, VA 20190 herein designated as the assignor, for and in consideration of the sum of $1.00 Dollar and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto INDYMAC BANK, F.S.B. residing or located at 888 E. Walnut Street, Pasadena, CA 91101 herein designated as the assignee, the mortgage executed by BETH SWANSON, recorded in PALM BEACH County, Florida, at Book 19614, and Page 1237, encumbering the property more particularly described as follows:

CONDOMINIUM PARCEL UNIT # 308, BUILDING 3, PALM LAKE, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 18596, PAGE 656 OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.

together with the note and each and every other obligation described in said mortgage and the money due and to become due thereon

This document has been executed and is being recorded in order to formalize and memorialize an assignment of the subject mortgage which took place on or before July 10, 2008.

TO HAVE AND TO HOLD the same unto the said assignee, its successors and assigns forever, but without recourse on the undersigned.

*In Witness Whereof,* the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed this 23 day of APR, 2010.

Signed in the presence of:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR FLICK MORTGAGE INVESTORS, INC.

ATTEST:
Kristin Kemp   Assistant Vice President

PRINT NAME:   Brian Burnett

TITLE:   Assistant Vice President

WITNESS:

Print Name:   Anna Ramsey

WITNESS:

Print Name:   Elayce Vu

STATE OF   Texas
COUNTY OF   Travis

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid county and state, on this the 23 day of APR, 2010, within my jurisdiction, the within named Brian Burnett, who acknowledged to me that (s)he is Assistant Vice President, and that for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR FLICK MORTGAGE INVESTORS, INC., and as its act and deed (s)he executed the above and foregoing instrument, after first having been duly authorized by MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR FLICK MORTGAGE INVESTORS, INC. to do so.

WITNESS my hand and official seal in the County and State last aforesaid this 23 day of APR, 2010

NOTARY PUBLIC

KRYSTLE GISSELLE PRICE
Notary Public, State of Texas
My Commission Expires
June 18, 2011

OWB10-08537

STATE OF SOUTH CAROLINA

COUNTY OF BEAUFORT

**ASSIGNMENT OF MORTGAGE**
Mortgage Book 2322 at Page 2263

FOR VALUE RECEIVED, we hereby set over, transfer and assign unto Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2006-AR11, Mortgage Pass-Through Certificates, Series 2006-AR11 under the Pooling and Servicing Agreement dated April 1, 2006, c/o OneWest Bank FSB, 888 E. Walnut Street, Pasadena, CA 91101, its successors and assigns, all its rights, title and interest in and to a certain Mortgage, together with the Note executed by Lawrence R. Meyers to Mortgage Electronic Registration Systems, Inc., acting solely as nominee for TM Capital, Inc. dba Fedfirst Mortgage Corporation (MIN# 100287300000123238) dated February 14, 2006, and duly recorded in the public records of Beaufort County, State of South Carolina, on February 20, 2006, in Mortgage Book 2322 at Page 2263.

IN WITNESS WHEREOF, Mortgage Electronic Registration Systems, Inc., acting solely as nominee for TM Capital, Inc. dba Fedfirst Mortgage Corporation (MIN# 100287300000123238) has caused this instrument to be executed in its corporate name and behalf by _____Brian Burnett_____, as its _Assistant Vice President_, duly authorized, on this __15__ day of _Dec_, 2009.

> Mortgage Electronic Registration Systems, Inc., acting solely as nominee for TM Capital, Inc. dba Fedfirst Mortgage Corporation (MIN# 100287300000123238)

Witness No. 1    **KRYSTLE ELLZEY**

By: _____

its: _____Brian Burnett_____ _Assistant_ Vice President

Witness No. 2    Cheryl Hutchinson

> BEAUFORT COUNTY SC-ROD
> BK 02924 PG 1724
> DATE: 01/13/2010 04:47:15 PM
> INST # 2010002294 RCPT# 605108

STATE OF _____Texas_____

COUNTY OF _____Travis_____

**ACKNOWLEDGMENT**
S.C. Code § 30-5-30
(Effective January 1, 1995)

I, the undersigned, Notary Public for the State of _____Texas_____, do hereby certify that Mortgage Electronic Registration Systems, Inc., acting solely as nominee for TM Capital, Inc. dba Fedfirst Mortgage Corporation (MIN# 100287300000123238) by _____Brian Burnett_____, its _Assistant_ Vice President, personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand this __15__ day of _Dec_, 2009.

**NOTARY PUBLIC FOR** _Texas_
My Commission Expires: _____

RETURN TO:
Rogers, Townsend & Thomas, P.C.
Post Office Box 100200
Columbia, South Carolina 29202
(014773-00219)



Anna Elizabeth Ramsey
Notary Public
State of Texas
Comm. Exp. 12-15-13

INSTRUMENT#: 2010295740, BK: 20060 PG: 1741 PGS: 1741 - 1741 09/02/2010 at
10:16:39 AM,        DEPUTY CLERK:BLOGGANS Pat Frank,Clerk of the Circuit Court
Hillsborough County

THIS IS NOT A
CERTIFIED COPY

Prepared By: Albertelli Law
Record and Return To:
Alberelli Law
P.O. Box 23028
Tampa, FL 33623

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, on or before July 30, 2010, the undersigned assignor ("Assignor")
whose address is P.O. Box 2026, Flint, MI 48501, does hereby grant, bargain, sell, assign,
transfer and convey to the following assignee ("Assignee"): OneWest Bank, FSB whose address
is c/o OneWest Bank, F.S.B., 888 East Walnut Street, Pasadena, CA 91101.

All of Assignor's right, title and interest all beneficial interest under a certain Mortgage, dated
October 11, 2006, made and executed by Barbara Nelson, to Mortgage Electronic Registration
Systems, Inc., acting solely as nominee for IndyMac Bank, F.S.B., recorded on October 21, 2006
in Official Records Book 17091 at Page 1797, of the Public Records of Hillsborough County,
Florida, which encumbers the real property more particularly described as follows:

UNIT 79, TEMPLE TERRACE PATIO HOMES, A CONDOMINIUM, ACCORDING TO THE
DECLARATION OF CONDOMINIUM RECORDED IN O.R. BOOK 3071, PAGE 695, AND
CONDOMINIUM PLAT BOOK 1, PAGE 79, AND ANY AMENDMENTS THERETO,
PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; TOGETHER WITH AN
UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO.

Together with all the indebtedness currently due and to become due under the terms of any
promissory note or evidence of indebtedness secured thereby. This assignment is made without
recourse to Assignor and without representation or warranty by Assignor, express or implied.

ASSIGNOR:
[CORPORATE SEAL]

Mortgage Electronic Registration Systems, Inc., acting
solely as nominee for IndyMac Bank, F.S.B.

By: _____

STATE OF _____Texas_____

Brian Burnett        Assistant Vice President

COUNTY OF _____Travis_____

The undersigned, a notary public in and for the above-said County and State, does hereby
acknowledge that on the day and year set forth below, personally appeared
____Brian Burnett____ as ____Assistant Vice President____ on behalf of the
corporation. She/He is personally known to me or has produced _____ as
identification and did/did not take an oath.

WITNESS my hand and official seal this day 11, of ___August___, 2010.

_____
Notary Public:
My commission expires:

LAUREN DIANE CISNEROS
Notary Public, State of Texas
My Commission Expires
May 20, 2014

10-49884
1008534941


10-49884

INSTRUMENT#: 2009362447, BK: 19541 PG: 1533 PGS: 1533 - 1533 10/29/2009 at
02:26:43 PM,      DEPUTY CLERK:CBOYKINS Pat Frank,Clerk of the Circuit Court
Hillsborough County

THIS IS NOT A
CERTIFIED COPY

RECORD & RETURN TO:
Law Office of Marshall C. Watson
1800 NW 49th Street, Suite 120
Fort Lauderdale, Florida 33309
Telephone: (954) 453-0365
Facsimile: (954) 771-6052

**ASSIGNMENT OF MORTGAGE**

*KNOW ALL MEN BY THESE PRESENTS:*

*THAT* <u>ONEWEST BANK, FSB</u> residing or located at 888 E. Walnut Avenue Pasadena, CA 91101 herein
designated as the assignor, for and in consideration of the sum of $1.00 Dollar and other good and valuable
consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, assign,
transfer and set over unto <u>FEDERAL NATIONAL MORTGAGE ASSOCIATION</u> residing or located
at: 64000 Legacy Dr., Plano, TX 75021 herein designated as the assignee, the mortgage executed by
MICHELLE C. MCLAUGHLIN AND JOHN MILES MCLAUGHLIN A/K/A JOHN M. MCLAUGHLIN
recorded September 17, 2005 in Hillsborough County, Florida at Book 15519 and Page 411 encumbering
the property more particularly described as follows:

> LOT 12, BLOCK 2, REFLECTIONS PHASE I, ACCORDING TO THE PLAT
> THEREOF, AS RECORDED IN PLAT BOOK 91, AT PAGE 98, OF THE PUBLIC
> RECORDS OF HILLSBOROUGH COUNTY, FLORIDA

Together with the note and each and every other obligation described in said mortgage and the money due
and to become due thereon

TO HAVE AND TO HOLD the same unto the said assignee, its successors and assigns forever, but without
recourse on the undersigned.

*In Witness Whereof*, the said Assignor has hereunto set his hand and seal or caused these presents to be
signed by its proper corporate officers and its corporate seal to be hereto affixed this ___5___ day of __
___OCT_____, 2009.

ONE WEST BANK, FSB

ATTEST: _____
PRINT NAME: ___Brian Burnett___   **Authorized Signatory**

Signed in the presence of:

WITNESS: _____
Print Name: ___Victoria Rendon___

WITNESS: _____
Print Name: ___Cheryl Hutchinson___

STATE OF ___TEXAS_____

COUNTY OF ___TRAVIS_____

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid county and
state, on this the ___5___ day of ___OCT_____, 2009, within my jurisdiction, the within
named who acknowledged to me that (s)he is ___Brian Burnett___ and who
are personally known to me or has provided _____ as identification, that for and on behalf of <u>ONE
WEST BANK, FSB</u> and as its act and deed (s)he executed the above and foregoing instrument, after first
having been duly authorized by <u>ONE WEST BANK, FSB</u> to do so.

WITNESS my hand and official seal in the County and State last aforesaid this ___5___ day of __
___OCT___ 2009.

NOTARY PUBLIC

TROY STEPHAN LAZZARA
Notary Public, State of Texas
My Commission Expires
May 09, 2010

09-61012

INSTRUMENT#: 2010260603, BK: 20009 PG: 1542 PGS: 1542 - 1542 08/04/2010 at
09:42:25 AM,        DEPUTY CLERK:SLEWIS Pat Frank,Clerk of the Circuit Court
Hillsborough County

THIS IS NOT A
CERTIFIED COPY

RECORD & RETURN TO:
Law Office of Marshall C. Watson
1800 NW 49th Street, Suite 120
Fort Lauderdale, Florida 33309
Telephone: (954) 453-0365
Facsimile: (954) 771-6052

ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS:

THAT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR AMERICAN
BROKERS CONDUIT residing or located at 1818 Library Street, Suite 300, Reston, VA 20190 herein designated as
the assignor, for and in consideration of the sum of $1.00 Dollar and other good and valuable consideration, the receipt
of which is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto ONEWEST
BANK residing or located at: 888 E. Walnut Street PASADENA, CA 91101 herein designated as the assignee, the
mortgage executed by MARVIN D. GRIFFIN AND BRENDA S. GRIFFIN recorded December 18, 2006 in
Hillsborough County, Florida at BOOK 17254 and PAGE 1499 encumbering the property more particularly described
as follows:

THE WEST 1/2 OF THE WEST 1/2 OF THE NORTH 1/2 OF THE NORTHEAST 1/4
OF THE SOUTHWEST 1/4 OF THE NORTHEAST 1/4 OF THE NORTHEAST 1/4 OF
SECTION 15, TOWNSHIP 29 SOUTH, RANGE 20 EAST, HILLSBOROUGH COUNTY,
FLORIDA, LESS THE SOUTH 25 FEET FOR ROAD RIGHT OF WAY.

Together with the note and each and every other obligation described in said mortgage and the money due and to
become due thereon

TO HAVE AND TO HOLD the same unto the said assignee, its successors and assigns forever, but without recourse
on the undersigned.

In Witness Whereof, the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its
proper corporate officer and its corporate seal to be hereto affixed this 22th day of June , 2010.

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. AS NOMINEE FOR AMERICAN
BROKERS CONDUIT

ATTEST:
PRINT NAME:        Brian Burnett
                   Assistant Vice President

Signed in the presence of:

WITNESS: _Katherine Braddock_
Print Name: Katherine Braddock

WITNESS: _Emily Pearce_
Print Name: Emily Pearce

STATE OF     Texas

COUNTY OF     Travis

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid county and state, on this
the 23rd day of June , 2010, within my jurisdiction, the within named who
acknowledged to me that (s)he is Assistant Vice President and who is personally known to me or has
provided                    as identification, that for and on behalf of MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. AS NOMINEE FOR AMERICAN BROKERS CONDUIT and as its act and
deed (s)he executed the above and foregoing instrument, after first having been duly authorized by MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR AMERICAN BROKERS CONDUIT
to do so.

WITNESS my hand and official seal in the County and State last aforesaid this 23 day of
June , 2010.

_____
NOTARY PUBLIC



STEVEN RHEA DELGADO
Notary Public, State of Texas
My Commission Expires
May 20, 2014

SR 09-40094

INSTRUMENT#: 2011116679, BK: 20449 PG: 1930 PGS: 1930 - 1930 04/07/2011 at
08:42:33 AM,     DEPUTY CLERK:ADANIEL Pat Frank,Clerk of the Circuit Court
Hillsborough County

THIS IS NOT A CERTIFIED COPY

Prepared By: Alberelli Law
Record and Return To:
Alberelli Law
P.O. Box 23028
Tampa, FL 33623

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, on or before February 4, 2011, the undersigned assignor ("Assignor")
whose address is P.O. Box 2026, Flint, Michigan 48501, does hereby grant, bargain, sell, assign,
transfer and convey to the following assignee ("Assignee"): OneWest Bank, FSB whose address
is 888 East Walnut Street Pasadena CA 91101

all of Assignor's right, title and interest all beneficial interest under a certain Mortgage, dated
December 29, 2006, made and executed by Edgar Posadas and Maria Posadas, to Mortgage
Electronic Registration Systems, Inc., as nominee for DHI Mortgage Company LTD, recorded on
January 31, 2007 in Official Records Book 17403 at Page 1615, of the Public Records of
Hillsborough County, Florida, which encumbers the real property more particularly described as
follows:

LOT 47, BLOCK E, OF MAGNOLIA GREEN PHASE 1 , ACCORDING TO THE PLAT
THEREOF, AS RECORDED IN PLAT BOOK 109, PAGES 17 THROUGH 27, INCLUSIVE,
OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

together with all the indebtedness currently due and to become due under the terms of any
promissory note or evidence of indebtedness secured thereby. This assignment is made without
recourse to Assignor and without representation or warranty by Assignor, express or implied.

ASSIGNOR:

[CORPORATE SEAL]     Mortgage Electronic Registration Systems, Inc., as
nominee for DHI Mortgage Company LTD

By: _____

Brian Burnett     **Assistant Secretary**

STATE OF ___Texas___
COUNTY OF ___Travis___

The undersigned, a notary public in and for the above-said County and State, does hereby
acknowledge that on the day and year set forth below, personally appeared
___Brian Burnett___ as ___Assistant Secretary___ on behalf of the
corporation. She/He is personally known to me or has produced _____ as
identification and did/did not take an oath.

WITNESS my hand and official seal this ___, day of __MAR 18 2011__, 2011.

_____
Notary Public     **Jennifer Gilliam**
My commission expires: 4-11-11

11-71870
3002558413



Jennifer Gilliam
Notary Public
State of Texas
My Commission Expires
April 11, 2011

5

INSTRUMENT#: 2011099834, BK: 20425 PG: 355 PGS: 355 - 355 03/24/2011 at
08:15:55 AM,    DEPUTY CLERK:SWILLIAMS Pat Frank,Clerk of the Circuit Court
Hillsborough County



RECORD & RETURN TO:
Law Office of Marshall C. Watson, P.A.
1800 NW 49th Street, Suite 120
Fort Lauderdale, Florida 33309
Telephone: (954) 453-0365
Facsimile: (954) 771-6052

## ASSIGNMENT OF MORTGAGE

*KNOW ALL MEN BY THESE PRESENTS:*

THAT **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR FIRST MAGNUS FINANCIAL CORPORATION** residing or located at 1901 E Voorhees Street, Suite C Danville, IL 61834 herein designated as the assignor, for and in consideration of the sum of $1.00 Dollar and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto **ONEWEST BANK FSB** residing or located at: ONEWEST BANK FSB 888 E. Walnut Street PASADENA, CA 91101 herein designated as the assignee, the mortgage executed by FINBARR HOLLAND recorded May 22, 2006 in Hillsborough County, Florida at BOOK 16501 and PAGE 647 encumbering the property more particularly described as follows:

LOT 11, BLOCK 15, SUBURB ROYAL, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 14, PAGE 11, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA

TO HAVE AND TO HOLD the same unto the said assignee, its successors and assigns forever, but without recourse on the undersigned.

*In Witness Whereof,* the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officer and its corporate seal to be hereto affixed this _____ day of MAR 1 4 2011, 2011.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
INCORPORATED AS NOMINEE FOR FIRST MAGNUS
FINANCIAL CORPORATION

ATTEST: _____

PRINT NAME: Brian Burnett
Assistant Secretary

Signed in the presence of:

WITNESS: _____
Print Name: Stacy F. Jones

WITNESS: _____
Print Name: Jennifer Cummins

STATE OF Texas
COUNTY OF Travis

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid county and state, on this the _____ day of MAR 1 4 2011 _____, within my jurisdiction, the within named who acknowledged to me that (s)he is Brian Burnett _____ and who is personally known to me or has provided _____ as identification, that for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR FIRST MAGNUS FINANCIAL CORPORATION and as its act and deed (s)he executed the above and foregoing instrument, after first having been duly authorized by MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR FIRST MAGNUS FINANCIAL CORPORATION to do so.

WITNESS my hand and official seal in the County and State last aforesaid this _____ day of MAR 1 4 2011 _____, 2011.

NOTARY PUBLIC



SHARON RENEE MCCLENDON
Notary Public, State of Texas
My Commission Expires
February 17, 2013

09-50730

INSTRUMENT#: 2011096037, BK: 20420 PG: 392 PGS: 392 - 394 03/21/2011 at
04:44:10 PM,        DEPUTY CLERK:SLEWIS Pat Frank,Clerk of the Circuit Court
Hillsborough County

THIS IS NOT A
CERTIFIED COPY

This Instrument Prepared By
And Returned To:
Daniel C. Consuegra, Esquire
9204 King Palm Drive
Tampa, FL 33619-1328

OWB5-OneWestBank,FSB v. Jensen, Joseph & Elenita

File No.: 77754
Loan No.:        '286

## ASSIGNMENT OF MORTGAGE

COMES NOW, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING

SOLELY AS A NOMINEE FOR MORTGAGEIT, INC. (hereinafter assignor), and further in

consideration of the sum of ten dollars ($10.00) and other good and valuable consideration to it

in hand paid by ONEWEST BANK, FSB (hereinafter assignee), prior to October 26, 2010, the

receipt of which is hereby acknowledged, assignor has granted, bargained, sold assigned,

transferred and set over, and by these presents does grant, bargain, sell, assign, transfer and set

over unto the said assignee that certain indenture of mortgage bearing the date October 26,

2006, and made by JOSEPH R. JENSEN, ELENITA P. JENSEN, and recorded in BOOK 17146,

PAGE 1119, in the public records of Hillsborough County, FLORIDA, upon the following

described piece or parcel of land situate and being in Hillsborough County, FLORIDA, to wit:

**SEE ATTACHED EXHIBIT P1**

Together with the note or obligation described in said mortgage, and the money due and to

become due thereon, with interest as provided in the said note or obligation for the mortgage

herein described.

This assignment is without recourse and that the interest assigned herein is done so

without recourse to the assignor and on an "as is" basis.

TO HAVE AND TO HOLD the same unto the assignee, ONEWEST BANK, FSB, and

assigns forever.

INSTRUMENT#: 2011096037, BK: 20420 PG: 392 PGS: 392 - 394 03/21/2011 at
04:44:10 PM,    DEPUTY CLERK:SLEWIS Pat Frank,Clerk of the Circuit Court
Hillsborough County

This Instrument Prepared By
And Returned To:
Daniel C. Consuegra, Esquire
9204 King Palm Drive
Tampa, FL 33619-1328

OWB5-OneWestBank,FSB v. Jensen, Joseph & Elenita

File No.: 77754
Loan No.: ʼ286

## ASSIGNMENT OF MORTGAGE

COMES NOW, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING

SOLELY AS A NOMINEE FOR MORTGAGEIT, INC. (hereinafter assignor), and further in

consideration of the sum of ten dollars ($10.00) and other good and valuable consideration to it

in hand paid by ONEWEST BANK, FSB (hereinafter assignee), prior to October 26, 2010, the

receipt of which is hereby acknowledged, assignor has granted, bargained, sold assigned,

transferred and set over, and by these presents does grant, bargain, sell, assign, transfer and set

over unto the said assignee that certain indenture of mortgage bearing the date October 26,

2006, and made by JOSEPH R. JENSEN, ELENITA P. JENSEN, and recorded in BOOK 17146,

PAGE 1119, in the public records of Hillsborough County, FLORIDA, upon the following

described piece or parcel of land situate and being in Hillsborough County, FLORIDA, to wit:

**SEE ATTACHED EXHIBIT P1**

Together with the note or obligation described in said mortgage, and the money due and to

become due thereon, with interest as provided in the said note or obligation for the mortgage

herein described.

This assignment is without recourse and that the interest assigned herein is done so

without recourse to the assignor and on an "as is" basis.

TO HAVE AND TO HOLD the same unto the assignee, ONEWEST BANK, FSB, and

assigns forever.

Bk 20420 Pg 393

IN WITNESS WHEREOF, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY AS A NOMINEE FOR MORTGAGEIT, INC. has hereunto set its hand and seal this _____ day of ___MAR 11 2011___ 2011.

Signed, sealed and delivered
in the presence of:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY AS A NOMINEE FOR MORTGAGEIT, INC.

By: _____

Witness signature

Jennifer Gilliam

Brian Burnett

Name of officer printed or typed

Name printed or typed

Assistant Secretary

Witness signature

Title of officer

Sharon Renee McClendon

Name printed or typed

STATE OF _____ Texas

COUNTY OF _____ Travis

MAR 11 2011

The foregoing instrument was acknowledged before me this _____ day of _____, 2011 by ___Brian Burnett___ (name of officer) Assistant Secretary (title of officer) MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY AS A NOMINEE FOR MORTGAGEIT, INC. He/she is personally known to me and did take an oath.

Notary Signature

STACEY F. JONES
MY COMMISSION EXPIRES
February 11, 2015

Stacey F. Jones

Notary name printed or typed

OWB5-OneWestBank,FSB v. Jensen, Joseph & Elenita

# IndyMac Mortgage Services

a division of OneWest Bank®, FSB

Call Toll Free **1.888.280.6194**
Monday - Friday, 8 a.m. - 9 p.m. (EST)
Saturday, 9 a.m. - 6 p.m. (EST)

May 6, 2011

IMV0503A    2000000112 38/1
‖‖‖‖‖ⁱ‖ⁱ‖‖‖‖‖‖‖‖‖‖‖‖‖ⁱ‖ⁱ‖‖‖‖ⁱ‖ⁱ‖ⁱ‖
Khanh Donha Doan and Briant W Humphrey
20 Wild Lilac Ln
Rancho Santa Margarita, CA 92688-5561

Loan Number: 1009770569
Investor Loan Number: 125983854
Reference Number: 1009770569Y7121
MAT Instance Number: 2
Property Address: 20 Wild Lilac Lane Ln
                 Rancho Santa Margarit, CA 92688

Dear Khanh Donha Doan and Briant W Humphrey,

Thank you for your recent request to modify the terms of your mortgage serviced by IndyMac Mortgage Services, a division of OneWest Bank®, FSB.

On March 4, 2009, the United States Department of the Treasury launched the Home Affordable Modification Program (HAMP). The program was adopted by IndyMac Mortgage Services on August 28, 2009. By signing up for HAMP, IndyMac Mortgage Services has agreed to follow the rules and guidelines that have been established by the Department of the Treasury. While the program is designed to help borrowers who are experiencing a financial hardship, not all borrowers will meet the eligibility qualifications established by the Department of the Treasury, and therefore, not all borrowers are eligible for a HAMP loan modification.

The Home Affordable Modification Program requires a calculation of the net present value (NPV) of a modification using a formula developed by the Department of the Treasury. The NPV calculation requires us to input certain financial information about your income and your loan including the factors listed on the next page. When combined with other data in the Treasury model, these inputs estimate the cash flow the investor of your loan is likely to receive if the loan is modified and the investor's cash flow if the loan is not modified. Based on the NPV results the owner of your loan has not approved a modification.

The NPV input values we used in your NPV evaluation are listed in the NPV Data Input Fields and Values chart in this letter. You have 30 calendar days from the date of this letter to provide us with written evidence that one or more of the NPV input values is inaccurate. If you wish to dispute more than one NPV input, you must provide us with the written evidence for each input being disputed at the same time. If your written evidence identifies material inaccuracies in the NPV input values, we will not conduct a foreclosure sale until the inaccuracies are reconciled. If your written evidence is valid and material to the NPV outcome, we will re-perform the NPV evaluation with the corrected input values. Following the re-evaluation, we will provide you with the updated NPV outcome and input values and you will receive a modification offer if your loan passes the NPV evaluation. We have enclosed information that will further assist you in understanding what documentation is required to support a dispute regarding the NPV inputs and how to file your dispute.

Alternatively, the Making Home Affordable (MHA) Program provides HUD-approved housing counselors at no charge. You may request assistance from MHA Help at 1-888-995-HOPE prior to contacting us to evaluate whether your disputed NPV inputs, including "Property Value" would change the NPV outcome from negative to positive. Using the disputed inputs you provide, MHA Help will conduct a preliminary NPV re-evaluation and will provide you with the printed NPV result. You should provide that result to us as part of your written evidence that one or more of the NPV input values is inaccurate within 30 calendar days from the date of this letter.

You may only request one NPV re-evaluation from MHA Help prior to contacting us. If the re-evaluation performed by MHA Help or IndyMac Mortgage Services using the disputed inputs returns a negative NPV result, you will not be eligible for additional appeals of other inputs.

We regret that we are unable to modify the terms of your loan through HAMP but are interested in working with you to determine if there are any further alternatives to foreclosure that best fit your circumstances. We encourage you to call us at 1.888.280.6194 to discuss possible solutions such as a short-sale or deed-in-lieu of foreclosure. (A short sale is an alternative to foreclosure that allows homeowners who can no longer afford their mortgage payments to sell their home at a market value that is less than the total amount owed. A deed-in-lieu of foreclosure is a process that allows a borrower to convey their interest in the mortgaged property to the lender to satisfy a loan that is in default to avoid foreclosure proceedings.)

Sincerely,

IndyMac Mortgage Services, a division of OneWest Bank

# NPV INPUT DATA FIELDS AND VALUES

| Input Data Fields | Explanation | Value used in NPV calculation to determine the HAMP eligibility of your mortgage |
|---|---|---|
| **I. Borrower Information** | | |
| **1. Current Borrower Credit Score** | This field identifies your credit score as provided by one or more of the three national credit reporting agencies. | 518 |
| **2. Current Co-borrower Credit Score** | If a co-borrower is listed on the mortgage, this field identifies the coborrower's credit score as provided by one or more of the three national credit reporting agencies. | 518 |
| **3. Monthly Gross Income** | This field identifies the monthly gross income of all borrowers on your loan before any payroll deductions or taxes. | $5,546.88 |
| **II. Property Information** | | |
| **4. Property - State** | This field identifies the two letter state code of the property securing your mortgage. | CA |
| **5. Property - Zip Code** | This field identifies the zip code of the property securing your mortgage. | 92688 |
| **6. Property Value** | This field identifies the estimated fair market value of your property used by us, your servicer for this analysis. | $495,000.00 |
| **7. Property Valuation Type** | This field identifies the method by which your property was valued (as noted in Field 6, Property Value)<br>1 – Automated Valuation Model (AVM)<br>2 - Exterior Broker Price Opinion (BPO) / Appraisal (as is value)<br>3 - Interior BPO / Appraisal (as is value) | Exterior Broker Price Opinion (BPO) / Appraisal (as is value) |
| **III. Mortgage Information** | | |
| **8. Data Collection Date** | This field identifies the date on which the Unpaid Principal Balance and other data used in the NPV analysis was collected by us, your servicer. | 4/29/2011 |
| **9. Imminent Default Flag** | This field indicates your default status at the time you asked to be evaluated for HAMP. If you have not missed any payments or less than two payments are due and unpaid by the end of the month in which they are due, you are considered to be in imminent default and the value in this field is "Y". If two or more payments are due and unpaid by the end of the month in which they are due at the time of application, the value in this field is "N". | N |
| **10. Investor Code** | This field identifies the owner of your mortgage.<br>1-Fannie Mae<br>2-Freddie Mac<br>3-Owned by a private investor other than us, your servicer<br>4-Owned by us, your servicer or an affiliated company<br>5-Ginnie Mae | Owned by a private investor other than us, your servicer |
| **11. Unpaid Principal Balance at Origination** | This field identifies the amount of your mortgage at the time it was originated (i.e., the amount you borrowed). | $511,200.00 |
| **12. First Payment Date at Origination** | This field identifies the date the first payment on your mortgage was due after it was originated. | 6/1/2007 |
| **13. Product Before Modification** | This field uses codes to identify the type of mortgage you held prior to applying for a HAMP modification:<br>1. Adjustable Rate Mortgage (ARM) and/or Interest Only mortgage loan<br>2. Fixed Rate<br>3. Step Rate<br>4. One Step Variable<br>5. Two Step Variable<br>6. Three Step Variable<br>7. Four Step Variable<br>8. Five Step Variable<br>9. Six Step Variable<br>10. Seven Step Variable<br>11. Eight Step Variable-<br>12. Nine Step Variable-<br>13. Ten Step Variable-<br>14. Eleven Step Variable-<br>15. Twelve Step Variable-<br>16. Thirteen Step Variable,<br>17. Fourteen Step Variable | ARM |
| **14. Adjustable Rate Mortgage (ARM) Reset Date** | This field applies only to Adjustable Rate Mortgage (ARM) loans. If you do not have an ARM loan this field will be blank. This field identifies the date on which the next Adjustable Rate Mortgage (ARM) reset was due to occur, as of the Data Collection Date (Field 8). | 6/1/2012 |
| **15. Next Adjustable Rate Mortgage (ARM) Reset Rate** | This field identifies the rate at which your mortgage was expected to change based on when the next reset date (Field 14) is scheduled to occur. Please look to your mortgage loan documentation for information on how your mortgage's rate is recalculated at its reset date. If the reset date on your ARM loan is within 120 days of the Data Collection Date, this value in this field is the expected interest rate on your mortgage at the next reset date. If the reset date on your ARM loan is more than 120 days from the Data Collection Date, the value in this field is your current interest rate at the time of NPV evaluation. | 5.87500% |

| 16. Unpaid Principal Balance Before Modification | This field identifies the unpaid amount of principal (money you borrowed) on your mortgage as of the Data Collection Date. It does not include any unpaid interest or other amounts that you may owe. | $511,192.19 |
|---|---|---|
| 17. Interest Rate Before Modification | This field identifies the interest rate on your mortgage as of the Data Collection Date. | 5.87500% |
| 18. Remaining Term (# of Payment Months Remaining) | This field identifies the remaining number of months you have left to pay under the original term of your mortgage as of the Data Collection Date. | 309 |
| 19. Principal and Interest Payment Before Modification | This field is the amount of principal and interest you were scheduled to pay each month as of the Data Collection Date.<br>A. If your loan had an adjustable rate scheduled to reset within 120 days, this field will reflect the principal and interest payment associated with the new interest rate.<br>B. If your mortgage is an Interest Only loan and your loan was in the interest only period, the value in this field is the interest payment that was due each month.<br>C. If your mortgage is a negative-amortization loan, the value in this field is the greater of:<br>    a. the principal and interest payment you sent on the most recent payment date; or<br>    b. the minimum payment required on your loan. | $2,502.71 |
| 20. Monthly Real Estate Taxes | This field identifies the monthly cost of your real estate taxes. If your taxes are paid annually this amount will be 1/12th of the annual cost. | $678.50 |
| 21. Monthly Hazard and Flood Insurance | This field identifies the monthly cost of your hazard and flood insurance coverage. If your insurance is paid annually this amount will be 1/12th of the annual cost. | $54.80 |
| 22. Homeowners Association Dues/Fees | This field identifies your monthly homeowner's or condominium association fee payments, if any, and/or any future monthly escrow shortages. If your homeowner's or condominium association fee payments are paid annually, this will be 1/12th of the annual cost. If your property has no association fee payments, this field is blank. | $100.00 |
| 23. Months Past Due | This field identifies the number of mortgage payments you would have had to make in order to make your mortgage current, as of the Data Collection Date. | 19 |
| 24. Mortgage Insurance Coverage Percent | This field identifies the percentage of private mortgage insurance coverage on your loan. If you do not have private mortgage insurance this field is blank. | 0.00000% |

## IV. Proposed Modification Information

**The fields below describe the proposed HAMP modification that was calculated by your servicer according to the HAMP program guidelines (subject to investor restrictions) that were used in your Net Present Value (NPV) evaluation.**

| 25. NPV Date | This field identifies the date that the Net Present Value evaluation was conducted on your mortgage. | 4/29/2011 |
|---|---|---|
| 26. Unpaid Principal Balance of the Proposed HAMP Modification (Net of Forbearance & Principal Reduction) | This field identifies the beginning principal balance on which you would have been required to pay interest if you had received a HAMP modification. It is likely to be different than your current principal balance because it includes amounts you owe for missed mortgage payments and unpaid expenses that are allowed to be added (capitalized) to your principal balance. Additionally, it may be reduced by proposed principal forbearance (Field 30) or proposed principal forgiveness (Field 31). | $264,403.90 |
| 27. Interest Rate of the Proposed HAMP Modification | This field identifies the starting interest rate of the proposed HAMP modified mortgage. This rate is fixed for at least the first 5 years after modification. | 2.00000% |
| 28. Amortization Term of the Proposed HAMP Modification | This field identifies the number of months left to pay the proposed HAMP modified mortgage. | 480 |
| 29. Principal and Interest Payment of the Proposed HAMP Modification | This field identifies the amount of the monthly principal and interest payment on the proposed HAMP modified mortgage. | $800.68 |
| 30. Principal Forbearance Amount of the Proposed HAMP Modification | This field identifies the amount of principal your investor was willing to forbear on the proposed HAMP modified mortgage. You would have still owed this amount, but you would not be charged interest on it and no payments would have been due on this amount until you paid off your loan. | $327,939.33 |
| 31. Principal Forgiveness Amount of the Proposed HAMP Modification | This field identifies the amount of principal your investor was willing to forgive under the proposed HAMP modified mortgage. | $0.00 |
| 32. Modification Fees | This field identifies the total amount of costs and fees that would have been paid by the investor (owner) of your loan, if you had been approved for a HAMP modification. It includes expenses such as notary fees, property valuation, credit report and other required fees. | $0.00 |
| 33. Mortgage Insurance Partial Claim Amount of the Proposed HAMP Modification | This field identifies any mortgage insurance payout amount as part of the proposed HAMP modified mortgage, which is, at the discretion of your mortgage insurance company. This should be zero if you were not approved for a trial period plan or permanent HAMP modification for reason of negative NPV. | $0.00 |

## Frequently Asked Questions

Q. **I disagree with one or more of the inputs on the NPV Data Input Fields and Values form. How do I dispute?**

A. You have 30 days from the date on the NPV letter to dispute any inputs we used in your NPV calculation. You must send IndyMac Mortgage Services written notice that clearly outlines the item(s) you would like to dispute, along with documentation supporting why the values on the enclosed form are incorrect.

If you wish to dispute multiple inputs, they must all be included in the same dispute letter. See below for a list of documentation we require for disputed items or call 1.888.280.6194 to speak with a loan counselor.

Email your complete dispute packet to NPV.Disputes@owb.com or mail to:

**IndyMac Mortgage Services,
2900 Esperanza Crossing IndyMac-11,
Austin TX 78758**

Q. **The credit score(s) listed on the enclosed form are incorrect. How do I get them updated?**

A. Your credit scores are obtained from a credit reporting agency. If the score(s) used for your NPV calculation are incorrect, you will need to contact the credit reporting agencies to determine why the score they have on file is not the score you believe your credit report should show.

Q. **The property value listed for my home is incorrect. How do I update this information?**

A. If you believe that the "Property Value" input used in the NPV evaluation differs from the fair market value of your home, you must provide us with a recent estimate of the property value and a reasonable basis for that estimate at the same time that you provide evidence of any other disputed NPV value inputs. Reasonable basis for your estimate could include a current appraisal already available, free market analysis completed on your home from your local broker or online documentation from a credible no-cost home valuation website such as www.zillow.com or www.realtor.com, showing the value of a recently-sold, comparable property in your neighborhood. Listing prices of comparable homes in your neighborhood that are for sale but have not yet sold do not qualify as supporting documentation of value. Once we receive your estimate along with reasonable basis for your estimate, we will then perform a test NPV using your estimated value. If the test provides an NPV positive outcome, you have the right to request that we obtain an appraisal to confirm the value of your home and use that appraised value to conduct a new NPV evaluation.

In addition, you may also request assistance from MHA Help at 1-888-995-HOPE prior to contacting us to evaluate whether your disputed NPV inputs, including "Property Value," would change the NPV outcome from negative to positive. Using the disputed inputs you provide, MHA Help will conduct a preliminary NPV re-evaluation and will provide you with the printed NPV result. You should provide that result to us along with your written evidence as noted above within the 30 day timeframe.

You may only request one NPV re-evaluation from MHA Help prior to contacting us. If the re-evaluation performed by MHA Help or IndyMac Mortgage Services using the disputed inputs returns a negative NPV result, you will not be eligible for additional appeals of other inputs.

Q. **If an appraisal is ordered what is the cost to me?**

A. The estimated cost of an appraisal in your community is $385.00. If you wish to exercise this option we must, within 15 calendar days of the date we notify you that the preliminary NPV result is positive, receive a check or other acceptable form of payment, for $200 as a deposit against the full cost of an appraisal. Once the appraisal is completed, we will perform a final NPV evaluation using the appraised value and any other corrected NPV inputs. Following the re-evaluation, we will provide you with the updated NPV outcome and input values. The balance of the cost of the appraisal will be added to the total arrearages on your account.

Q. **What other help is available?**

A. If you can't keep your house without a modification, there are several alternatives to foreclosure:

- A **repayment plan** is an option that allows you to repay your delinquent payment amounts by spreading the amount over several months. Along with your regular monthly mortgage payment, a portion of the delinquent amount will be paid each month over the term of the plan.

- A **short sale** allows you to sell your home at a market value that is less than the total amount owed. The loan delinquency will register on your credit report as "Settled for Less than the Full Balance Owed." While this option may adversely affect your ability to obtain credit in the future, it's usually less damaging to your credit score than a foreclosure. Consult an accountant, tax attorney or real estate agent for credit advice and tax implications before considering this move.

- If you don't qualify for a short sale, you may be eligible for a **deed-in-lieu of foreclosure**, which allows you to settle your outstanding loan obligation by transferring ownership of the mortgaged property to the lender. The property must be free of any other liens. As on a short sale, the loan delinquency will register on your credit report as "Settled for Less than the Full Balance Owed."

**Q. What amounts are included in my modified unpaid balance in item number 26 above?**

A. The modified balance of your loan is the balance you currently owe on the loan plus any delinquent amounts. The delinquent amounts include unpaid interest, escrow advances and allowable servicing fees. Escrow advances are amounts that we have paid on your behalf (e.g. property taxes). If your escrow account did not have enough to pay for the full amount of the bill, we may have paid the balance.

Please note that only certain servicing fees will be included in a modification, such as attorney foreclosure fees.

**Q. Can I re-apply for a Home Affordable Modification Program (HAMP) modification at a future date?**

A. IndyMac Mortgage Services will consider an additional request for HAMP only if specific conditions are met. If this relates to your situation, please contact us at 1.888.280.6194 to see if you meet those conditions. If you feel that the inputs used for the calculation of your modification eligibility are incorrect, you can file a dispute of these inputs. Filing a dispute does not guarantee your inputs will be changed or that the denial decision will change.

**briant humphrey**

| | |
|---|---|
| **From:** | "Kendall Bond" <kendall@defaultdetect.com> |
| **To:** | "'briant humphrey'" <briant.humphrey@cox.net> |
| **Sent:** | Wednesday, April 20, 2011 8:37 AM |
| **Attach:** | 123456.pdf |
| **Subject:** | your report |

There has been NOTHING new recorded since the effective date of the attached report.

Make sure you not only print the report but also print the supporting documents from the link on the first page.

Sincerely,
Kendall Bond, CEO
Asset Data Solutions
San Diego, CA 92130
Direct (858) 461-0360
Office (800) 919-6589 Fax (866) 295-8532
www.AssetDataSolutions.com

NOTICE OF CONFIDENTIALITY
This E-mail message and its attachments (if any) are intended solely for the use of the addressee hereof. In addition, this message and the attachments (if any) may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system.

5/7/2011

## Ownership and Encumbrance Report

| | | | |
|---|---|---|---|
| **Tracking No.:** | 1234567 | **Borrower:** | HUMPHREY, BRIANT |
| **Loan Number:** | 123456 | **Property Address:** 20 Wild Lilac Lane | |
| **Effective Date:** | 04/20/2011 | RANCHO SANTA MARGARITA, CA  92688 | |
| **Prepared Date:** | 05/10/2011 | | |

### VESTING INFORMATION

**Grantor:**  MELISSA SCIACCA, A MARRIED WOMAN, AS HER SOLE AND SEPARATE PROPERTY

**Grantee:**  BRIANT W. HUMPHREY, AN UNMARRIED MAN AND KHANH DONHA DOAN, A SINGLE WOMAN, AS THEIR INTEREST MAY APPEAR

| | | | |
|---|---|---|---|
| **Dated Date:** | 03/13/2007 | **Recorded:** | 04/20/2007 |
| **Doc No:** | 2007000257262 | **Deed:** | |
| **BK/Page:** | | | |

### SUPPORTING DOCUMENTS

**Document URL:**  http://72.130.136.2/SuperContainer/RawData/6443

# Ownership and Encumbrance Report

| | |
|---|---|
| **Tracking No.:** 1234567 | **Borrower:** HUMPHREY, BRIANT |
| **Loan Number:** 123456 | **Property Address:** 20 Wild Lilac Lane |
| **Effective Date:** 04/20/2011 | RANCHO SANTA MARGARITA, CA  92688 |
| **Prepared Date:** 05/10/2011 | |

## TAX INFORMATION

**TAX ID: 787-211-13**

**Total Annual Tax:** $8,076.42

**Delinquent Tax:**

| | |
|---|---|
| **Taxes Paid:** | 2009 |
| **Tax Year:** | 1ST HALF 2009 |
| **Tax Type:** | COUNTY |
| **Status:** | PAID |
| **Amount:** | $4,038.21 |

**TAX NOTES:**
Tax Type: COUNTY  Tax Period: 1ST HALF 2009
Tax Amount: $4,038.21  Tax Status: PAID  Tax
Delinquency, Interest or Penalties: NONE

**Delinquent Tax:**

| | |
|---|---|
| **Taxes Paid:** | 2009 |
| **Tax Year:** | 2ND HALF 2009 |
| **Tax Type:** | COUNTY |
| **Status:** | PAID |
| **Amount:** | $4,038.21 |

**TAX NOTES:**
Tax Type: COUNTY  Tax Period: 2ND HALF 2009
Tax Amount: $4,038.21  Tax Status: PAID  Tax
Delinquency, Interest or Penalties: NONE

## ASSESSMENT INFORMATION

**Year:** 2009          **Land:** $328,514.00          **Building:** $194,488.00          **Total:** $523,002.00

**Homestead Exemption:**    YES

## Ownership and Encumbrance Report

| | | | |
|---|---|---|---|
| **Tracking No.:** | 1234567 | **Borrower:** | HUMPHREY, BRIANT |
| **Loan Number:** | 123456 | **Property Address:** 20 Wild Lilac Lane | |
| **Effective Date:** | 04/20/2011 | RANCHO SANTA MARGARITA, CA  92688 | |
| **Prepared Date:** | 05/10/2011 | | |

## MORTGAGE AND CREDIT INFORMATION

### MORTGAGE - 1

| | | | |
|---|---|---|---|
| **Trustor/Borrower:** | BRIANT W. HUMPHREY, AN UNMARRIED MAN AND KHANH DONHA DOAN, ALL ASTENANTS, AS THEIR INTEREST MAY APPEAR | | |
| **Beneficiary/Lender:** | MERS, AS NOMINEE FOR INDYMAC BANK, F.S.B., A FEDERALLY CHARTEREDSAVINGS BANK | | |
| **Trustee:** | FIRST AMERICAN TITLE INSURANCE COMPANY | | |
| **Dated Date:** | 4/18/2007 | **Recorded Date:** | 4/20/2007 |
| **Amount:** | $511,200.00 | **Doc No:** | 2007000257263 |
| **Open Ended:** | CLOSED END | **BK/Page:** | |
| **Maturity Date:** | 05/01/2037 | **Recording County:** | Orange |
| **Assigned To:** | | | |
| **Recorded Date:** | | **Instr No:** | **BK/Page:** |

**Add'l Info:**

CLOSED END DEED OF TRUST  FROM BRIANT W. HUMPHREY, AN UNMARRIED MAN AND KHANH DONHA DOAN, ALL AS TENANTS, AS THEIR INTEREST MAY APPEAR, TO MERS, AS NOMINEE FOR INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED SAVINGS BANK, WITH FIRST AMERICAN TITLE INSURANCE COMPANY, AS TRUSTEE AMOUNTING TO $511,200.00, DATED 04/18/2007  FILED FOR RECORD 04/20/2007, AND RECORDED IN INSTRUMENT NO. 2007000257263  IN ORANGE COUNTY RECORDS. MATURITY DATE 05/01/37.  NOTE: NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST FILED FOR RECORD ON 10/30/09 IN INSTRUMENT NO. 2009000592605.  NOTE: SUBSTITUTION OF TRUSTEE RECORDED 09/17/10 IN INSTRUMENT NO. 2010000462775, APPOINTS MTDS, INC., A CALIFORNIA CORPORATION DBA MERIDIAN TRUST DEED SERVICE AS SUCCESSSOR TRUSTEE.  NOTE: NOTICE OF TRUSTEE'S SALE FILED FOR RECORD ON 09/17/10 IN INSTRUMENT NO. 2010000462776.

## Ownership and Encumbrance Report

| | | | |
|---|---|---|---|
| **Tracking No.:** | 1234567 | **Borrower:** | HUMPHREY, BRIANT |
| **Loan Number:** | 123456 | **Property Address:** 20 Wild Lilac Lane | |
| **Effective Date:** | 04/20/2011 | RANCHO SANTA MARGARITA, CA 92688 | |
| **Prepared Date:** | 05/10/2011 | | |

## MORTGAGE AND CREDIT INFORMATION

### MORTGAGE - 2

**Trustor/Borrower:** BRIANT W. HUMPHREY, AN UNMARRIED MAN AND KHANH DONHA DOAN, ALL ASTENANTS, AS THEIR INTEREST MAY APPEAR

**Beneficiary/Lender:** MERS, AS NOMINEE FOR INDYMAC BANK, F.S.B., A FEDERALLY CHARTEREDSAVINGS BANK

**Trustee:** FIRST AMERICAN TITLE INSURANCE COMPANY

| | | | |
|---|---|---|---|
| **Dated Date:** | 4/18/2007 | **Recorded Date:** | 4/20/2007 |
| **Amount:** | $63,900.00 | **Doc No:** | 2007000257264 |
| **Open Ended:** | CLOSED END | **BK/Page:** | |
| **Maturity Date:** | 05/01/2022 | **Recording County:** | Orange |

| | | | |
|---|---|---|---|
| **Assigned To:** | | | |
| **Recorded Date:** | | **Instr No:** | **BK/Page:** |

**Add'l Info:**
CLOSED END DEED OF TRUST  FROM BRIANT W. HUMPHREY, AN UNMARRIED MAN AND KHANH DONHA DOAN, ALL AS TENANTS, AS THEIR INTEREST MAY APPEAR, TO MERS, AS NOMINEE FOR INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED SAVINGS BANK, WITH FIRST AMERICAN TITLE INSURANCE COMPANY, AS TRUSTEE AMOUNTING TO $63,900.00, DATED 04/18/2007  FILED FOR RECORD 04/20/2007, AND RECORDED IN INSTRUMENT NO. 2007000257264  IN ORANGE COUNTY RECORDS. MATURITY DATE 05/01/22.

# Ownership and Encumbrance Report

| | | | |
|---|---|---|---|
| **Tracking No.:** | 1234567 | **Borrower:** | HUMPHREY, BRIANT |
| **Loan Number:** | 123456 | **Property Address:** 20 Wild Lilac Lane | |
| **Effective Date:** | 04/20/2011 | RANCHO SANTA MARGARITA, CA  92688 | |
| **Prepared Date:** | 05/10/2011 | | |

## JUDGMENTS, LIENS, AND MISCELLANEOUS RECORDINGS

| | |
|---|---|
| **Type of Lien:** | CHILD SUPPORT LIEN |
| **Plaintiff:** | KELLI DAVIS-HUMPHREY |
| **Defendant:** | BRIANT W. HUMPHREY |

| | | | |
|---|---|---|---|
| **Dated Date:** | | **Recorded Date:** | 01/04/2005 |
| **Amount:** | | **Doc No.:** | |
| **Case No.:** | | **BK/Page:** | |

CHILD SUPPORT LIEN in favor of KELLI DAVIS-HUMPHREY against BRIANT W. HUMPHREY in Orange County Common Pleas Court, in the amount of N/A, filed 01/04/2005 in ID/Case # 2005000005925.

| | |
|---|---|
| **Type of Lien:** | NOTICE OF DELINQUENT ASSESSMENT |
| **Plaintiff:** | L.F. MAINTENANCE CORPORATION |
| **Defendant:** | BRIANT W. HUMPHREY, AN UNMARRIED MAN AND KHANH DONHA DOAN, A |

| | | | |
|---|---|---|---|
| **Dated Date:** | | **Recorded Date:** | 02/10/2010 |
| **Amount:** | $976.84 | **Doc No.:** | |
| **Case No.:** | | **BK/Page:** | |

NOTICE OF DELINQUENT ASSESSMENT in favor of L.F. MAINTENANCE CORPORATION against BRIANT W. HUMPHREY, AN UNMARRIED MAN AND KHANH DONHA DOAN, A SINGLE WOMAN, AS THEIR INTEREST MAY APPEAR in Orange County Common Pleas Court, in the amount of $976.84, filed 02/10/2010 in ID/Case # 2010000066499.

| | |
|---|---|
| **Type of Lien:** | NOTICE OF DELINQUENT ASSESSMENT |
| **Plaintiff:** | AVELINO COMMUNITY ASSOCIATION |
| **Defendant:** | BRIANT W. HUMPHREY, AN UNMARRIED MAN AND KHANH DONHA DOAN, A |

| | | | |
|---|---|---|---|
| **Dated Date:** | | **Recorded Date:** | 02/10/2010 |
| **Amount:** | $849.00 | **Doc No.:** | |
| **Case No.:** | | **BK/Page:** | |

NOTICE OF DELINQUENT ASSESSMENT in favor of AVELINO COMMUNITY ASSOCIATION against BRIANT W. HUMPHREY, AN UNMARRIED MAN AND KHANH DONHA DOAN, A SINGLE WOMAN, AS THEIR INTEREST MAY APPEAR in Orange County Common Pleas Court, in the amount of $849.00, filed 02/10/2010 in ID/Case # 2010000066512.

## MISCELLANEOUS NOTES

# Ownership and Encumbrance Report

| | | | |
|---|---|---|---|
| **Tracking No.:** | 1234567 | **Borrower:** | HUMPHREY, BRIANT |
| **Loan Number:** | 123456 | **Property Address:** 20 Wild Lilac Lane | |
| **Effective Date:** | 04/20/2011 | RANCHO SANTA MARGARITA, CA  92688 | |
| **Prepared Date:** | 05/10/2011 | | |

This report was prepared after a limited examination of the land records commencing on the date of acquisition of the subject premises by the apparent vested owner reported above. Matters disclosed by that limited examination are reported herein, but this report is not intended to reflect all matters affecting title to the premises as would be disclosed by a full examination of the title.

## LEGAL DESCRIPTION

**Tax ID:**  787-211-13

SITUATED IN THE CITY OF RANCHO SANTA MARGARITA, COUNTY OF ORANGE AND STATE OF CALIFORNIA: PARCEL 1 LOT 14 OF TRACT NUMBER 15118, IN THE COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 736 PAGE(S) 42 TO 47 INCLUSIVE OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. PARCEL 2 EASEMENTS AND RIGHTS AS SET FORTH IN THE SECTIONS ENTITLED "EASEMENTS FOR OWNERS", "SUPPORT, SETTLEMENT AND ENCROACHMENT", AND "UTILITIES AND CABLE TELEVISION" OF THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS (THE "DECLARATION"), RECORDED MARCH 18, 1996 AS INSTRUMENT NUMBER 96-0129539 OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA, AND IN THAT CERTAIN SUPPLEMENTARY DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED AUGUST 1, 1997 AS INSTRUMENT NUMBER 19970366506 OF OFFICIAL RECORDS. PARCEL 3 EASEMENTS AND RIGHTS AS SET FORTH IN THE SECTIONS ENTITLED "EASEMENTS FOR OWNERS". "TRAIL SYSTEM EASEMENTS", SUPPORT, SETTLEMENT AND ENCROACHMENT", AND "UTILITIES AND CABLE TELEVISION" OF THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS (THE "LAFMAC DECLARATION"), RECORDED OCTOBER 6, 1995 AS INSTRUMENT NUMBER 95-0442271 OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA, AS IMPOSED BY THAT CERTAIN SUPPLEMENTARY DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED AUGUST 1, 1997 AS INSTRUMENT NUMBER 19970366505 OF SAID OFFICIAL RECORDS.  PERMANENT PARCEL NUMBER: 787-211-13

# United States Bankruptcy Court
## Central District of California

### Santa Ana
### Judge Erithe Smith, Presiding
### Courtroom 5A Calendar

**Tuesday, January 18, 2011**                                      **Hearing Room  5A**

---

9:30 am

| | | |
|---|---|---|
| **8:10-24282** | **Briant Wendal Humphrey** | **Chapter  7** |
| **#9.00** | Hearing RE: Motion for relief from the automatic stay [RP] | |

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF
THE INDYMAC INDX MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2007-AR13 UNDER THE POOLING AND SERVICING
AGREEMENT DATED MAY 1, 2007

VS.

DEBTOR; JEFFREY I. GOLDEN, CHAPTER 7 TRUSTEE

Docket #:   12

**Courtroom Deputy:**
- NONE LISTED -

**Tentative Ruling:**

**January 18, 2011**

Grant with 4001(a)(3) waiver.

*Note:   This matter appears to be uncontested.   Accordingly, no court appearance
by the Movant is required.   Should an opposing party file a late opposition or
appear at the hearing, the court will determine whether further hearing is required
and Movant will be so notified.*

Party Information

Debtor(s):
    Briant Wendal Humphrey                         Represented By
                                                   David  Turajski

Movant(s):

---

**IndyMac Mortgage Services** a division of OneWest Bank®.

Home Loan Servicing • 2900 Esperanza Crossing • Austin, TX 78758

March 15, 2011

Khanh Donha Doan
Briant W Humphrey
20 Wild Lilac Lane
Rancho Santa Margarita, CA 92687

Re:     Mortgage Loan Number 1009770569

Dear Ms. Doan and Mr. Humphrey:

This letter is sent to update you on the progress of the research into your inquiry from HMP
Support received on February 10, 2011.

We are still conducting our research and strive to provide you the results of our investigation
within the next 15 calendar days.  If there are any further delays, we will contact you and provide
an update.

You are valued customers and your concerns are important to us. We appreciate your patience
and understanding while we complete our review. Please feel free to contact me if you have any
questions.

Respectfully,

*Jeremy Bull*
Default Escalation Specialist IV
IndyMac Mortgage services,
a division of OneWest Bank®, FSB
Office: (512) 331-2539
Fax: (866) 451-3258
jeremy.bull@owb.com


** This company is a debt collector. We are attempting to collect a debt and any information
obtained will be used for that purpose. However, if your debt has been stayed or discharged
pursuant to the bankruptcy laws of the United States, this communication is intended solely for
informational purpose.**

**Bank Fraud**

Akerman Senterfitt & Eidson, P.A.
American Home Mortgage Servicing
Docx, LLC
Florida Default Law Group
Law Offices of David Stern
Law Offices of Marshall Watson
Lender Processing Services, Inc.
Shapiro & Fishman Law Firm

Action Date: *April 4, 2011*
Location: *West Palm Beach, FL*

On April 3, 2011, CBS' 60 MINUTES aired a segment showing massive fraud by banks and mortgage-backed trusts in foreclosures. The segment focused on one particular document mill, Docx, LLC, owned by Lender Processing Services, Inc., a company that works for over 51 banks. One former employee confessed to forging 4,000 documents each day.

What mortgage servicing companies used the Docx forged documents in hundreds of thousands of cases? The major mortgage servicer involved was American Home Mortgage Servicing, Inc. in Coppell, TX. Other mortgage servicers that used forged documents from LPS include Saxon Mortgage Services in Fort Worth, TX and Select Portfolio Servicing in Salt Lake city, Utah.

What bank/trustees most often used the Docx forged documents in foreclosures? Deutsche Bank National Trust Company, U.S. Bank, Wells Fargo, Citibank and Bank of America were the top five users of these forged documents, but other banks were also involved.

American Home Mortgage Servicing, Inc. knew about the forgeries, but never disclosed to courts or homeowners their widespread use of forged documents.

In thousands of cases across the country, Deutsche Bank National Trust Company continues to push these documents upon the courts as proof that they own mortgages and have the right to foreclose, despite overwhelming evidence and even admissions of forgeries.

These servicing companies and bank need to begin the process of admissions, disclosures and reparations.

What law firms pushed and continue to push these fraudulent documents upon Courts and homeowners? In Florida, the firms that used these documents and continue to use these documents are: Law Offices of David Stern; Florida Default Law Group; Law Offices of Marshall Watson; Shapiro & Fishman Law Firm and Akerman, Senterfitt & Eidson, P.A. Lawyers who used and continue to use these Docx forgeries in court should, at a minimum, lose the right to practice law.

The government focus must be on protecting the rights of homeowners and shareholders and the court system and holding the banks and securities companies accountable.

Lynn Szymoniak



 

**DOCX Home**
**About DOCX**
**What's Up @ DOCX**
**Contact DOCX**

| Online Services | Downloads | Services | Products |
|---|---|---|---|

 *GETNET™DOCUMENT RECOVERY*

DOCX's GetNet™ Document Recovery solution is a national network of runners that is engaged to provide document recovery, expedited recordation services, title searches, and insurance submissions.

The service is unique in that our clients can request that DOCX obtain any missing recordable documents through this web site through our online GetNet™ Work Order Form.  Status of existing projects can also be obtained through our Online Services. We also accept work orders the "old fashioned" way via fax or mail. Upon receipt of the work order, DOCX will access the national network of runners, place the order and follow up to ensure prompt delivery.

GetNet™ was designed to assist mortgage servicers in meeting agency certifications and to avoid costly penalties for filing late satisfaction pieces.

## GetNet™ Features

- A National Network of title runners retains presence in every county jurisdiction nationwide.
- Obtains missing mortgage documents, assignments, title policies and LGC/MICs.
- Expedites recordation by physically walking documents in to county recorder offices.
- Provides title searches to identify mortgage holders.
- Provides online reporting capabilities.

## GETNET™ RATE SHEET

| XCODE | SERVICE | AMOUNT |
|---|---|---|
| INF1 | Obtain PIN Number from Online Public Records | $5.50 + SH |
| INF2 | Obtain from Online Public Records Lot Block or Section | $5.50 + SH |
| INF3 | Obtain Property Address | $5.50 + SH |
| INF4 | Obtain Recorded Mortgage, Book, Page or Instrument Number | $12.95 + TPC |
| INF5 | Obtain Vehicle Identification Number | $12.95 + SH |
| CT01 | Cursory Title Search to Identify Mortgagee of Record | $15.95 + TPC |
| TS01 | Perform Complete Title Search | $15.95 + TPC |
| SI01 | Obtain Copy of Mortgage | $12.95 + TPC |
| SI02 | Cure Defective Mortgage | $12.95 + TPC |
| SI03 | Retrieve Certified Copies of Mortgages | $12.95 + TPC |
| PA01 | Obtain Copy of Power of Attorney or Name Certification | $12.95 + TPC |
| PA02 | Record Power of Attorney | $12.95 + TPC |



| Code | Description | Price |
|---|---|---|
| PA03 | Obtain Clerk Certified Copy of Power of Attorney | $12.95 + TPC |
| IC01 | Obtain Copy of Installment Contract from VA | $15.95 + SH |
| SA01 | Obtain Copy of Subordination Agreement | $15.95 + TPC |
| MA02 | Obtain Copy of Modification | $15.95 + TPC |
| MI01 | Obtain Copy of MIC | $12.95 + SH |
| MI02 | Correct MIC | $12.95 + SH |
| LG01 | Obtain Copy of LGC | $12.95 + SH |
| LG02 | Correct LGC | $12.95 + SH |
| TP01 | Obtain Copy of Title Policy Within 7 years (based on calender year) | $19.95 + TPC |
| TP02 | Correct Existing Title Policy | $19.95 + TPC |
| TP03 | Obtain Copy of Title Policy over 7 years (based on calendar year) | $29.95 + TPC |
| TP04 | Obtain Quotes to Write and Order New Lenders Title Policy | $29.95 + TPC |
| TP05 | Obtain Abstract from Title Company (State of Iowa) | $15.95 + TPC |
| TE02 | Correct Title Policy Endorsement | $15.95 + TPC |
| LN02 | Create Lost Note Affidavit | $12.95 + SH |
| NA01 | Create Note Allonge | $12.95 + SH |
| NC01 | Name Affidavit | $12.95 + SH |
| IA01 | Obtain Copy of Assignment | $15.95 + TPC |
| IA02 | Retrieve Certified Copies of Assignments | $15.95 + TPC |
| IA03 | Create Missing Intervening Assignment | $35.00 + TPC |
| IA04 | Record Prepared Assignments | $12.95 + TPC |
| IA05 | Cure Defective Assignment | $12.95 + TPC |
| IS01 | FHA and VA Mortgage Insurance Submission | $95.00 + TPC |
| UC01 | Retrieving a UCC Package | $15.95 + TPC |
| CF01 | Recreate Entire Collateral File | $95.00 + TPC |
| ER01 | Expedited Recordation: Hand Carry Recordable Documents | $25.00 + TPC |

**Contact DOCX for volume discounts on orders of 200 items or more.**

**TPC** = Third Party Costs include Title Runner, County Jurisdictional, courier and postage costs.

**SH** = Shipping costs.

*The DOCX Service Fee will be invoiced upon receipt of the work order.*

9/21/2010 10:18 PM

http://web.archive.org/web/20000616010128/www.docx.com/getnet.htm

*TPC and SH costs will be billed upon completion of the work order.*
*You can also place orders online at www.docx.com.*

### Getting Started

To get started using the DOCX GetNet Service:

- Complete the **DOCX GetNet™** Service Agreement and obtain a Client ID. **CALL DOCX   Marketing at: 888/DOCX-NET 888/362-9638 or email** sales@docx.com for an Agreement and Client ID.
- Once you complete the agreement and obtain a Client ID you can submit **GetNet™ Work Order Forms.** Clients can send work orders via the internet, email, fax, or mail. **CALL DOCX   Marketing at: 888/DOCX-NET 888/362-9638 or email** sales@docx.com for a Work Order form, *or* how to submit **GetNet™ Work Order Forms** online.
- Contact **DOCX Support at 800/723-0215 Ext 3014 or email** support@docx.com for requirements and procedures of email and online **GetNet™ Work Order Form.**

9/21/2010 10:18 PM

America's Original Industrial Directory Since 1893



Home | Advertise With Us | Get Listed | Why Us? | About U

*The AT&T All for Less package.*

**$70/month**
unlimited voice
plus broadband.

CLICK FOR DETAILS



Rethink Po

. Ads by Google.    Marketing Plan    Car Blue Book    Strategy    Marketing Mix

# Docx LLC

Is This Your Company?

| | | | |
|---|---|---|---|
| **Address:** | 1111 Alderman Dr Ste 350<br>Alpharetta, GA,<br>30005-4143 | **Phone:** | 770-753-4373 |
| | | **Fax:** | 770-753-4937 |

**Website:** www.docx.com
Contact this Company

## Get a Free Quote from Docx LLC and other companies

Click here and Select a Product...

**Docx LLC
Products:**

Document Creation & Recovery Service For Mortgage Bankers Preparation of commodity market surveys, Marketing plans, Internet based market research, Consumer based research or clinics or focus groups, Syndicated or proprietary forecast studies

**Ads by Google**

**Online Market Research**
Actionable Customer Insights via Private Online Communities.
thinkpassenger.com

**Online marketing research**
Get Your Internet Marketing Degree. Full Sail's Online Degree Programs.
www.FullSail.edu

**Hiring Now**
$10-$55/Hour. Found: 386 Jobs In Your Area. Hiring Now!
www.JobsOnline.net

**Marketing Careers**
Industry leading companies need your marketing expertise!
Marketing-Jobs.FINS.com

**Directi**



## Get a Free Quote from Docx LLC and other companies

Click here and Select a Product...

**Ads by Google**

Dental Office Marketing    CMO's Agenda: 2011 Report    Physician Focus Groups

| High Quality, Super Glossy Postcard 3 Day Turnaround Time. Order Now! www.PostcardMania.com | Get insights from 30+ CMOs on Marketing imperatives & innovation www.cmgpartners.com/CMO_ | physician marketing physician to physicia education .biz.googlepages.con usgroupsll |

## Additional Info for Docx LLC

| Products - National | Products - Local | Similar Sounding Companies |

### Products offered by Docx LLC

MARKETING RESEARCH
RECORDERS: Time

RESEARCH, DEVELOPMENT & TESTING
SERVICES, COMMERCIAL: Merger,
Acquisition & Reorg
TIME RECORDERS

**PARTNERS**

Owen Media Store and Financial Post Publications
Safety Awareness Training Products
UK and Ireland Manufacturers and Distributors
Mexico Maquiladora Directory

Canadian Industrial Directory
Canadian Marketing Database
US Marketing Database

**RECOMMENDED**

Find People At Cc
International Pho
Free Industrial Pu

Advertise With Us | Data Product | Listing | FAQ's | About Us | Link To Us | U.S. Jobs | Site Map | Partners

BROWSE BY COMPANY:   A-B   C-E   F-J   K-O   P-S   T-Z                    BROWSE BY HEADING:   A-C

© 2011 Owen Media Partners Inc. All rights reserved.

**Consor & Associates**
Reporting and Transcription, Inc.

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN
AND FOR PALM BEACH COUNTY, FLORIDA
CASE NO. 50 2008 CA 037322XXXX MB AW

INDYMAC FEDERAL BANK, FSB,

        Plaintiff,

vs.
                            ;

ANY AND ALL UNKNOWN PARTIES CLAIMING BY,
THROUGH, UNDER, AND AGAINST THE HEREIN
NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT
KNOWN TO BE DEAD OR ALIVE, WHETHER SAID
UNKNOWN PARTIES MAY CLAIM AN INTEREST AS
SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER
CLAIMANTS; TENANT #1, TENANT #2, TENANT #3,
and TENANT # 4, the names being fictitious
to account for parties in possession,

        Defendants.
_____/

THE DEPOSITION OF
ERICA A. JOHNSON-SECK
VOLUME I
Pages 1 - 84

_____

July 9, 2009
1655 Palm Beach Lakes Boulevard
West Palm Beach, Florida
12:54 p.m. - 2:59 p.m.

REPORTED BY:
Deborah H. Rodgers, CSR
Consor & Associates Reporting & Transcription
1655 Palm Beach Lakes Boulevard, Suite 500
West Palm Beach, Florida  33401
Phone:  561.682.0905

# Censor & Associates
### Reporting and Transcription, Inc.

```
 1      APPEARANCES:
 2      On behalf of the Plaintiff:
 3            JOSEPH MANCILLA, JR., ESQ.
              Florida Default Law Group, P.L.
 4            9119 Corporate Lake Drive
              Suite 300
 5            Tampa, Florida 33634
 6      On behalf of the Defendants:
 7            THOMAS E. ICE, ESQ.
              DUSTIN A. ZACKS, ESQ.
 8            Ice legal, P.A.
              1975 Sansburys Way, Suite 104
 9            West Palm Beach, Florida 33411
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

# Censor & Associates
### Reporting and Transcription, Inc.

```
 1                      I N D E X

 2                                             PAGE

 3   TESTIMONY OF ERICA A. JOHNSON-SECK

 4        Direct Examination by Mr. Ice          4

 5   CERTIFICATE OF OATH                        215

 6   CERTIFICATE OF REPORTER                    216

 7   ERRATA SHEET                               217

 8   ERRATA CERTIFICATE                         218

 9   READ AND SIGN NOTIFICATION                 219

10

11                    E X H I B I T S

12   NUMBER                                     PAGE

13   Defendants' Exhibits A - Q                   4

     Defendants' Exhibit R                       88

14   Defendants' Exhibit S                      113

     Defendants' Exhibit T                      114

15   Defendants' Exhibit U                      162

     Defendants' Exhibit V                      167

16   Defendants' Exhibit W                      174

     Defendants' Exhibit X                      179

17   Defendants' Exhibit Y                      181

     Defendants' Exhibit Z                      204

18

19

20

21

22

23

24

25
```

**Censor & Associates**

Reporting and Transcription, Inc.

Page 4

1    THEREUPON,

2                    (Thereupon, Defendants' Exhibits No. A

3                through Q were marked for identification.)

4    THEREUPON,

5                    ERICA A. JOHNSON-SECK,

6    was called as a witness herein, and after being first

7                duly sworn, testified as follows:

8                    THE WITNESS:  Yes.

9                    DIRECT EXAMINATION

10   BY MR. ICE:

11       Q.    Could you state your full name for the

12   record, please.

13       A.    Erica Antoinette Johnson-Seck.

14       Q.    And what is your business address?

15       A.    7700 West Parmer Lane, P-A-R-M-E-R, Building

16   D, Austin, Texas, 78729.

17       Q.    And who is your employer?

18       A.    OneWest Bank.

19       Q.    How long have you been employed by OneWest

20   Bank?

21       A.    Since March 19th, 2009.

22       Q.    Prior to that you were employed by IndyMac

23   Federal Bank, FSB?

24       A.    Yes.

25       Q.    And prior to that you were employed by

**Censor & Associates**
Reporting and Transcription, Inc.

Page 5

```
 1    IndyMac Bank, FSB?

 2         A.    Yes.

 3         Q.    Your title with OneWest Bank is what?

 4         A.    Vice president, bankruptcy and foreclosure.

 5         Q.    That hasn't changed in all the various

 6    IndyMac carnantions -- incarnations, I should say?

 7         A.    No.

 8         Q.    Now, the IndyMac Bank, FSB ceased to exist

 9    July 11th of last year, correct?

10         A.    Yes.

11         Q.    That was taken over by the FDIC, correct?

12         A.    Yes.

13         Q.    And that's when IndyMac Federal Bank, Federal

14    Bank, FSB took over?

15         A.    Yes.

16         Q.    And then as of March 19th of this year,

17    OneWest came in and purchased the assets of IndyMac

18    Federal Bank?

19         A.    Yes.

20         Q.    Now, the plaintiff in this case is IndyMac

21    Federal Bank, FSB, correct?

22         A.    Yes.

23         Q.    When I say this case, I know we're scheduled

24    for two depositions.  I don't know if you know we're

25    starting with the          case.
```

# Censor & Associates
### Reporting and Transcription, Inc.

Page 13

```
 1          Q.    Okay.  How is the decision made as to who
 2     will sign what documents?
 3          A.    There really is not a matrix.  Only so many
 4     of us can sign Lost Note Affidavits.  I happen to be
 5     the only one in my department, besides my boss, that
 6     can sign a Lost Note Affidavit, so all those would come
 7     to me.  Other than that, there's not a -- I think they
 8     just try to make it even.
 9          Q.    Just distribute them evenly?
10          A.    Yes.
11          Q.    Okay.  How many documents would you say that
12     you sign on a week on average, in a week on average?
13          A.    I could have given you that number if you had
14     that question in there because I would have brought the
15     report.  However, I'm going to guess, today I saw an
16     e-mail that 1,073 docs are in the office for signing.
17     So if we just -- and there's about that a day.  So
18     let's say 6,000 a week and I do probably -- let's see.
19     There's eight of us signing documents, so what's the
20     math?
21          Q.    Six thousand divided by eight, that gives me
22     750.
23          A.    That sounds, that sounds about right.
24          Q.    Okay.  That would be a reasonable estimate of
25     how many you sign, you personally sign per week?
```

**Censor & Associates**
Reporting and Transcription, Inc.

Page 14

1        A.    Yes.

2        Q.    And that would include Lost Note Affidavits,

3    Affidavits of Debt?

4        A.    Yes.

5        Q.    What other kind of documents would be

6    included in that?

7        A.    Assignments, declarations.  I can sign

8    anything related to a bankruptcy or a foreclosure.

9        Q.    How long do you spend executing each

10   document?

11       A.    I have changed my signature considerably.

12   It's just an E now.  So not more than 30 seconds.

13       Q.    Is it true that you don't read each document

14   before you sign it?

15       A.    That's true.

16       Q.    The procedure that we talked about last time,

17   and I will go over it again to see if that's still the

18   procedure, before you would sign an Affidavit of

19   Debt --

20       A.    Yes.

21       Q.    -- it goes to your foreclosure specialist who

22   makes sure that the information is correct?

23       A.    The figures are correct, yes.

24       Q.    It is fair to say that you don't personally

25   check the accuracy of anything in the documents that

Censor & Associates
Reporting and Transcription, Inc.

Page 15

1    you're signing?

2        A.    Not, it's not clear that I don't check

3    anything.  The figures I don't, I do not check.  We

4    have a QC process around that used to be a 100 percent

5    of the Affidavits of Debts and any figures for loans

6    and bankruptcy, that have now been reduced to 10

7    percent because the errors were relatively low.  Now I

8    pay, what I pay most attention to is the jurat and what

9    entity I'm signing for, which is why I said 30 seconds

10   instead of two seconds.

11       Q.    Right.  Now, when you say 10 percent, that

12   means that they're spot checking 10 percent of the

13   documents to make sure that they're accurate?

14       A.    The outsource or our outsource vendor checks

15   the document completely.  I'm QCing my outsource vendor

16   with the 10 percent, yes.

17       Q.    When you say outsource vendor, you're talking

18   about LPS?

19       A.    Yes.

20       Q.    Does LPS put the figures in the affidavit?

21       A.    No.

22       Q.    Who puts the figures in the affidavit?

23       A.    It depends on what relationship we have with

24   our firms.  Usually we download the information through

25   process management, the system we use to communicate

**Consor & Associates**
Reporting and Transcription, Inc.

Page 16

1    with our firms, and they will populate the document.

2    Or sometimes we get it in blank and a foreclosure or a

3    bankruptcy specialist would populate the document.

4         Q.    And when you say "they" would populate the

5    document, you're talking about the attorneys?

6         A.    Someone in the firm, yes.

7         Q.    Might be a paralegal, correct?

8         A.    Maybe.

9         Q.    Then those are sent, after they're populated

10   or filled out by someone at the law firm, those are

11   sent to LPS?

12        A.    They're sent -- they're uploaded into the

13   system, like an image copy, and then LPS prints it off,

14   and they go through their various checks and balances,

15   and then based on a matrix that we have provided, they

16   will look to see if this is an entity any of us can

17   sign for.  They may reject it back to the firm and say

18   Indy -- OneWest Bank can't sign for it, or they will

19   ship the document to our -- because these documents get

20   printed in Minnesota.  The documents get shipped to our

21   Austin office.  Those folks again look to make sure

22   it's something that an officer of OneWest Bank in

23   Austin can sign for it and, I mean, that's basically

24   how we get it.

25        Q.    When you say "those folks" check again,

**onsor & Associates**

Reporting and Transcription, Inc.

Page 17

1    you're talking about your own staff when the documents

2    arrive?

3              A.    No, we have LPS on site.

4              Q.    In Austin?

5              A.    Yes.

6              Q.    Take me through the procedure for getting

7    your actual signature on the documents once they've

8    gone through this quality control process.

9              A.    The documents are delivered to me for

10   signature and I do a quick purview to make sure that

11   I'm not signing for an entity that I cannot sign for.

12   And I sign the document and I hand it to the Notary,

13   who notarizes it, who then hands it back to LPS, who

14   uploads the document so that the firms know it's

15   available and they send an original.

16             Q.    "They" being LPS?

17             A.    LPS, yes.

18             Q.    Are all the documents physically, that you

19   were supposed to sign, are they physically on your

20   desk?

21             A.    Yes.

22             Q.    In your office?

23             A.    Yes.

24             Q.    You don't go somewhere else to sign

25   documents?

**Censor & Associates**
Reporting and Transcription, Inc.

Page 18

1          A.    No.

2          Q.    When you sign them, there's no one else in

3    your office?

4          A.    Sometimes.

5          Q.    Well, the Notaries are not in your office,

6    correct?

7          A.    They don't sit in my office, no.

8          Q.    And the witnesses who, if you need witnesses

9    on the document, are not sitting in your office?

10         A.    That's right.

11         Q.    So you take your ten minutes and you sign

12   them and then you give them to the supervisor of the

13   Notaries, correct?

14         A.    I supervise the Notaries, so I just give them

15   to a Notary.

16         Q.    You give all, you give the whole group that

17   you just signed to one Notary?

18         A.    Yes.

19         Q.    Last time we talked about that there were a

20   group of Notaries and that you had a supervisor that

21   manages a group of loans and passes them out to the

22   different Notaries.  Has that changed?

23         A.    It used to go to -- well, a little bit.  It

24   used to go -- and that's with the shift of people

25   leaving and people coming with everything that's been

# nsor & Associates

Reporting and Transcription, Inc.

Page 19

1    going on with the bank.  All the documents went to one

2    of my supervisors, who manages the default forensic

3    group, and she would pass it out.  That's what I was

4    describing to you.

5        We don't have to have a process like that any more

6    now because everyone's in a groove now with what the

7    process should be.  So we don't have to manage someone

8    physically making sure everyone's notarizing.  So now I

9    just walk out of my office and hand them to one of my

10   folks that can notarize that don't report directly to

11   me.  They still report up to their supervisor and then

12   those direct reports report to me.

13       Q.   And does that Notary notarize all of those

14   documents, or does she then distribute them to various

15   Notaries?

16       A.   He or she would notarize all the documents I

17   handed them.

18       Q.   Do they still have the requirement of

19   returning them notarized within 24 hours?

20       A.   That got tough.  That is tough.  That's where

21   we would like to be but we aren't.  It takes us about a

22   week for it to go through the process of verifying the

23   information, getting it on my desk, me signing it,

24   getting it to a Notary, and getting uploaded.  So we

25   have document delays.

**Censor & Associates**
Reporting and Transcription, Inc.

Page 20

```
 1          Q.   I'm mostly interested in how long it takes
 2     for the Notary to notarize your signature.
 3          A.   I can't say categorically because the Notary,
 4     that's not the only job they do, so.
 5          Q.   In any event, it doesn't have to be the same
 6     day?
 7          A.   No.
 8          Q.   When they notarize it and they put a date
 9     that they're notarizing, is it the date that you signed
10     or is it the date that they're notarizing?
11          A.   I don't know.
12          Q.   When you execute a sworn document, do you
13     make any kind of a verbal acknowledgment or oath to
14     anyone?
15          A.   I don't know if I know what you're talking
16     about.  What's a sworn document?
17          Q.   Well, an affidavit.
18          A.   Oh.  No.
19          Q.   In any event, there's no Notary in the room
20     for you to --
21          A.   Right.
22          Q.   -- take an oath with you, correct?
23          A.   No, there is not.
24          Q.   In fact, the Notaries can't see you sign the
25     documents; is that correct?
```

**Censor & Associates**
Reporting and Transcription, Inc.

1          A.     Not unless they made it their business to do

2     so.

3          Q.     To peek into your office?

4          A.     Yes.

5          Q.     At what point does the document get to the

6     witnesses for signature?

7          A.     The witnesses are, generally, are LPS

8     on-sites, but if it's a witness, like if it has to be

9     an authorized witness, then it would have my name and

10    one of my peer's names or my name and my boss's name.

11    And I would have a cover sheet on top of a stack that

12    would say Erica and Eric.  So after I signed, I would

13    walk them over to my boss for him to sign.

14         Q.     Okay.  But you're talking about documents

15    that have dual signatures?

16         A.     Some that require dual signatures.  If it's

17    just a witness, it doesn't have to be an authorized

18    signer, then other LPS on-sites will witness.

19         Q.     And do they do that before or after the

20    notarization?

21         A.     I don't know.  I want to say after, but I

22    really don't know.  I haven't picked apart that

23    process.

24         Q.     Well, it seems logically, when you get the

25    document, there's no witness signatures on there,